UNITED STATES DISTRICT COURT  
DISTRICT OF CONNECTICUT

FILED
2003 NOV -4 A 10: 39
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| RICHARD SCHIRILLO, AUGUSTO CORREIA and RANDOLPH BOND,<br>Plaintiffs, | CIVIL ACTION NO. 3:03CV674(WWE) |
| vs. | November 3, 2003 |
| TOWN OF STRATFORD, and in their individual and official capacities EILEEN MURPHY, MICHAEL FEENEY, DORINDA BORER, MARK BARNHART, JACK OBERNESSOR, MICHAEL SINGH, and SANDRA ZALIK<br>Defendants. | |

## MOTION TO ADD PLAINTIFF AND AMEND COMPLAINT

Plaintiffs, Richard Schirillo, Augusto Correia, and Randolph Bond, by their attorney, move the court pursuant to Fed. R. Civ. P. 15(a) and 20 for an order permitting Plaintiffs to add an additional plaintiff to the above- captioned case and amend the complaint accordingly.

Plaintiffs seek to add Ronald Brenton (hereinafter "Brenton") as a plaintiff and amend the complaint to include Brenton as an additional plaintiff and his causes of action. Brenton's claims against Defendants share common questions of fact and law as Plaintiffs' claims against Defendants. Brenton, as well as Plaintiffs, were all employees

**NO ORAL ARGUMENT REQUESTED**

of the Town of Stratford's water treatment plant and subject to collective bargaining agreements that vested them with a legally cognizable property interest in the same heart and hypertension benefits mandated for Municipal Fire and Police Personnel under C.G.S. §7-433(c). Brenton's, as well as Plaintiffs', causes of actions allege Defendants' failure to provide a forum or process by which they could pursue their heart and hypertension benefits, in addition to, Defendants' failure to provide any notice or information reasonably calculated to apprise them of the process by which they could obtain said benefits.

Additionally, the following technical amendments to the Complaint were made: (1) paragraph 32 of the First Amended Complaint reflects the changes made to paragraph 31 removing "Schirillo" and replacing it with "plaintiff's"; (2) paragraph 61 of the First Amended Complaint reflects the changes made to paragraph 60 removing C.G.S. § 31-294c(a) and replacing it with C.G.S. § 294c(b); (3) paragraph 67 of the First Amended Complaint reflects changes made to paragraph 66 removing "plaintiff Shirillo" and replacing it with "plaintiff"; and (4) the paragraphs of the First Amended Complaint have been re-numbered in accordance with the aforementioned changes.

This is Plaintiffs' first request to amend their complaint. A copy of the proposed First Amended Complaint is attached hereto as Exhibit "A".

                              Respectfully Submitted,

                              THE PLAINTIFFS
                              RICHARD SCHIRILLO, AUGUSTO
                              CORREIA and RANDOLPH BOND

                              By: _____
                              James T. Baldwin, Esq. ct/08535
                              COLES, BALDWIN & CRAFT, LLC.
                              1261 Post Road, P.O. Box 577
                              Fairfield, CT 06824
                              Telephone: (203) 319-0800
                              Facsimile: (203) 319-1210

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 3rd day of November 2003 to the following counsel of record:

Warren Holcomb, Esq.
BERCHEM, MOSES & DEVLIN, P.C.
75 Broad Street
Milford, CT 06460
Telephone: (203) 783-1200
Facsimile: (203) 882-0045

Richard J. Buturla, Esq.
BERCHEM, MOSES & DEVLIN, P.C.
75 Broad Street
Milford, CT 06460
Telephone: (203) 783-1200
Facsimile: (203) 882-0045

S. Dave Vatti, Esq.
LAW OFFICES OF S.DAVID VATTI, LLC.
375 Bridgeport Avenue, 3rd Floor
Shelton, CT 06484-3961
Telephone: (203) 944-9392
Facsimile: (203) 944-6012

_____
James T. Baldwin