UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2003 NOV -4 A 10: 39
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| RICHARD SCHIRILLO, AUGUSTO CORREIA and RANDOLPH BOND,<br>Plaintiffs, | CIVIL ACTION NO. 3:03CV674(WWE) |
| vs. | November 3, 2003 |
| TOWN OF STRATFORD, and in their individual and official capacities EILEEN MURPHY, MICHAEL FEENEY, DORINDA BORER, MARK BARNHART, JACK OBERNESSOR, MICHAEL SINGH, and SANDRA ZALIK<br>Defendants. | |

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge

## MOTION TO ADD PLAINTIFF AND AMEND COMPLAINT

Plaintiffs, Richard Schirillo, Augusto Correia, and Randolph Bond, by their attorney, move the court pursuant to Fed. R. Civ. P. 15(a) and 20 for an order permitting Plaintiffs to add an additional plaintiff to the above- captioned case and amend the complaint accordingly.

Plaintiffs seek to add Ronald Brenton (hereinafter "Brenton") as a plaintiff and amend the complaint to include Brenton as an additional plaintiff and his causes of action. Brenton's claims against Defendants share common questions of fact and law as Plaintiffs' claims against Defendants. Brenton, as well as Plaintiffs, were all employees

**NO ORAL ARGUMENT REQUESTED**