## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Richard Schirillo, Augusto Correia and
Randolph Bond,
    Plaintiffs,
        vs.
Town of Stratford, Eileen Murphy,
Michael Feeney, Dorinda Borer, Mark
Barnhart, Jack Obernessor, Michael
Singh and Sandra Zalik
    Defendants

**APPEARANCE**

CASE NUMBER: 3:03CV674(WWE)

FILED
2004 JAN 20 P 12: 32
DISTRICT COURT
BRIDGEPORT CT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendants Michael Singh and Sandra Zalik, in lieu of S. Dave Vatti, Esq.

| | |
|---|---|
| 1/15/2004 | *[signature]* |
| Date | Signature |
| ct 03773 | Arthur C. Laske III |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 203-254-1770 | 1261 Post Road |
| Telephone Number | Address |
| 203-256-9442 | Fairfield, CT 06824 |
| Fax Number | |
| acllaskelaw@optonline.net | |
| E-mail address | |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

see attached

*[signature]*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATION

This is to certify that a copy of the foregoing appearance has been mailed, this date, January 15, 2004 to the following:

Warren Holcomb, Esq.
Bercham, Moses and Devlin, P.C.
75 Broad Street
Milford, CT 06460

Richard Burtula, Esq.
Bercham, Moses and Devlin, P.C.
75 Broad Street
Milford, CT 06460

James T. Baldwin, Esq.
Coles, Baldwin and Craft, LLC
1261 Post Road
Fairfield, CT 06824

_____
ARTHUR C. LASKE III, ESQ.