
Case 3:03-cv-00674-WWE    Document 17    Filed 04/07/2004    Page 1 of 1

*Held*
*7/4/04*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

April 7, 2004

9:45 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:03cv674(WWE)**     **Schirillo v. Stratford**

James T. Baldwin
Coles, Baldwin & Craft
1261 Post Rd., PO Box 577
Fairfield, CT 06824

Richard J. Buturla
Berchem, Moses & Devlin, P.C.
75 Broad St.
Milford, CT 06460

Warren L. Holcomb
Berchem, Moses & Devlin, P.C.
75 Broad St.
Milford, CT 06460

Arthur C. Laske III
1261 Post Road
Fairfield, CT 06430

S. Dave Vatti
U.S. Attorney's Office-HFD
450 Main St. Room 328
Hartford, CT 06103

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK