UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| RICHARD SCHIRILLO, AUGSTO CORREIA And RANDOLPH BOND : | Civil Action No. 3:03cv674 (WWE) |
| : | |
| v. : | |
| : | |
| TOWN OF STRATFORD and in their Individual capacities EILEEN MURPHY, MICHAEL FEENEY, DORINDA BORER, MARK BARNHART, JACK OBERNESSER, MICHAEL SINGH, and SANDRA ZALIK : | August 13, 2004 |

---

## APPEARANCE

Please enter the appearance of Jonathan D. Berchem, Esq. of

Berchem, Moses & Devlin, P. C., 75 Broad Street, Milford, Connecticut 06460,

Federal Bar No. ct 17197, for the Defendants TOWN OF STRATFORD,

EILEEN MURPHY, MICHAEL FEENEY, DORINDA BORER, MARK

BARNHART AND JACK OBERNESSER.

                    THE DEFENDANTS
                    TOWN OF STRATFORD, EILEEN MURPHY,
                    MICHAEL FEENEY, DORINDA BORER,
              MARK BARNHART and JACK OBERNESSER

                    _____
                    Jonathan D. Berchem, Esq.
                    Berchem, Moses & Devlin, P. C.
                    75 Broad Street
                    Milford, CT  06460
                    (203) 783-1200
                    Federal Bar No. ct 17197

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date by U.S. Mail first class, postage prepaid to the following:

James T. Baldwin, Esq.
1261 Post Road
P.O. Box 577
Fairfield, CT  06824

Arthur Laske, III, Esq.
1261 Post Road
Fairfield,CT  06430

S. Dave Vatti, Esq.
U.S. Attys. Ofc-HFD
450 Main Street, Rm 328
Hartford, CT  06103

                                                          _____
                                                          Jonathan D. Berchem, Esq.