UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| RICHARD SCHIRILLO, AUGUSTO CORREIA : | Civil Action No. |
| And RANDOLPH BOND : | 303cv674 (WWE) |
| : | |
| v. : | |
| : | |
| TOWN OF STRATFORD and in their : | |
| Individual capacities EILEEN MURPHY, : | |
| MICHAEL FEENEY, DORINDA BORER, : | |
| MARK BARNHART, JACK OBERNESSER, : | August 30, 2004 |
| MICHAEL SINGH, and SANDRA ZALIK : | |

---

JOINT MOTION TO EXTEND
SCHEDULING ORDER DEADLINE FOR
<u>FILING DISPOSITIVE MOTIONS</u>

At the status conference on August 17, 2004, this Court instructed the parties to file a joint motion for extension of time to file dispositive motions and the deadline for filing the joint trial memorandum. Accordingly pursuant to Fed.R.Civ.P.6(b) the plaintiffs and all of the defendants jointly request that the scheduling order deadline for filing dispositive motions be extended from August 30, 2004 to September 30, 2004 and the joint trial memorandum be extended until 60 days after the Court rules on the dispositive motions.

The undersigned attorney has spoken with James T. Baldwin, Esq., who represents all of the plaintiffs and Arthur C. Laske III, Esq. who represents defendants Michael Singh and Sandra Zalik. Attorneys Baldwin and Laske consent to and join in this motion.

THE DEFENDANTS
TOWN OF STRATFORD, EILEEN MURPHY,
MICHAEL FEENEY, DORINDA BORER,
MARK BARNHART and JACK OBERNESSER


_____
Warren L. Holcomb, Esq.
 Berchem, Moses & Devlin, P. C.
75 Broad Street
Milford, CT   06460
(203) 783-1200
Federal Bar No. ct13127
e-mail: wholcomb@bmdlaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing was faxed and mailed this date by U.S. Mail first class, postage prepaid to the following:

James T. Baldwin, Esq.
1261 Post Road
P.O. Box 577
Fairfield, CT  06824
Fax: (203) 319-1210

Arthur Laske, III, Esq.
1261 Post Road
Fairfield,CT  06430
Fax: (203) 256-9442

_____
Warren L. Holcomb, Esq.