UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP -3 P 1: 07

U.S. DISTRICT COURT
BRIDGEPORT, CONN

RICHARD SCHIRILLO, AUGUSTO
CORREIA and RANDOLPH BOND,         :

        Plaintiffs,         :    CIVIL ACTION NO.:
                            :    3:03CV674 (WWE)

      v.                       :

TOWN OF STRATFORD, and in their    :
individual and official capacities EILEEN
MURPHY, MICHAEL FEENEY, DORINDA
BORER, MARK BARNHART, JACK
OBERNESSOR, MICHAEL SINGH, and
SANDRA ZALIK,

        Defendants.         :    AUGUST 30, 2004

### MOTION TO WITHDRAW APPEARANCE OF COUNSEL FOR DEFENDANTS TOWN OF STRATFORD, MICHAEL SINGH AND SANDRA ZALIK

S. Dave Vatti, Esquire, the undersigned counsel for Defendant Town of Stratford, Michael Singh and Sandra Zalik, hereby moves to withdraw his appearance in the above-captioned matter on the grounds that effective December 31, 2003, he is no longer in the private practice of law and has closed down his sole law practice as a result of having accepted a position as an Assistant United States Attorney in the Criminal Division of the Office of the United States Attorney for the District of Connecticut. The undersigned commenced this position January 12, 2004. The Appellants were informed of this development in November 2003 and consent to the withdrawal by counsel. The Defendant Town of Stratford, Michael Singh and Sandra Zalik were advised at that time to seek new counsel and the

undersigned has transferred the file to Attorney Arthur Laske, who has filed an appearance on behalf of the Defendants. A copy of this motion has been forwarded to all counsel of record as well as each of the Defendants.

WHEREFORE, for good cause, the undersigned respectfully requests that he be permitted to withdraw as counsel to the Defendants.

>THE DEFENDANTS
>TOWN OF STRATFORD, MICHAEL
>SINGH AND SANDRA ZALIK
>
>*/s/ Dave Vatti*
>S. Dave Vatti (ct 11957)
>Assistant United States Attorney
>Office of the United States Attorney
>450 Main Street, Suite 328
>Hartford, CT 06103
>(860) 947-1101 (telephone)
>(860) 240-3291 (facsimile)
>email: dave.vatti@usdoj.gov

## CERTIFICATION

This is to certify that a true copy of the foregoing has been sent via U.S. Mail, first class, postage pre-paid, on the 31st day of August, 2004 to the following counsel of record:

James T. Baldwin, Esq.
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06824

Richard J. Buturla, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460-3331

Arthur C. Laske, III, Esq.
Law Office of Arthur C. Laske III
1261 Post Road
Fairfield, CT 06824

Town of Stratford
2725 Main Street
Stratford, CT 06615

Sandra Zalik
Michael Singh
c/o Town of Stratford
2725 Main Street
Stratford, CT 06615

_____
S. Dave Vatti