UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 SEP -3 P 1: 07

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| RICHARD SCHIRILLO, AUGUSTO CORREIA and RANDOLPH BOND, | : | |
| Plaintiffs, | : | CIVIL ACTION NO.: 3:03CV674 (WWE) |
| v. | : | |
| TOWN OF STRATFORD, and in their individual and official capacities EILEEN MURPHY, MICHAEL FEENEY, DORINDA BORER, MARK BARNHART, JACK OBERNESSOR, MICHAEL SINGH, and SANDRA ZALIK, | : | |
| Defendants. | : | AUGUST 30, 2004 |

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
9-22-04

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL FOR DEFENDANTS TOWN OF STRATFORD, MICHAEL SINGH AND SANDRA ZALIK

S. Dave Vatti, Esquire, the undersigned counsel for Defendant Town of Stratford, Michael Singh and Sandra Zalik, hereby moves to withdraw his appearance in the above-captioned matter on the grounds that effective December 31, 2003, he is no longer in the private practice of law and has closed down his sole law practice as a result of having accepted a position as an Assistant United States Attorney in the Criminal Division of the Office of the United States Attorney for the District of Connecticut. The undersigned commenced this position January 12, 2004. The Appellants were informed of this development in November 2003 and consented to the withdrawal by counsel. The Defendant Town of Stratford, Michael Singh and Sandra Zalik were advised at that time to seek new counsel and the