UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| RICHARD SCHIRILLO, AUGUSTO CORREIA,: RANDOLPH BOND and RONALD BRENTON : : v. : : TOWN OF STRATFORD and in their : individual capacities EILEEN MURPHY, : MICHAEL FEENEY, DORINDA BORER, : MARK BARNHART, JACK OBERNESSER, : MICHAEL SINGH, and SANDRA ZALIK : | Civil Action No. 303cv674 (WWE) September 30, 2004 |

---

## AFFIDAVIT OF LINDA LOSCHIAVO

I, Linda LoSchiavo, being duly sworn, depose and say:

    1.    I am over the age of eighteen (18) and believe in the obligation of an oath.

    2.    I have been continuously employed by the Town of Stratford since 1983 in the position of Human Resources Assistant. I report to the Director of Human Resources. I have checked the personnel files to ascertain the employment dates of defendant Barnhart, Feeney, Obernesser and Borer.

    3.    From July 1, 1992 to June 2002, Defendant Mark Barnhart was the Town Manager for the Town of Stratford.

    4.    From June 6, 2002 to July 8, 2002, Defendant Michael Feeney was the Acting Town Manager and from July 8, 2002 to July 16, 2004 was the Town Manager Town for the Town of Stratford.

5.  From April 16, 1990 to April 26, 2002, Defendant Jack Obernesser was the Director of Human Resources for the Town.

6.  At all material times from and after September 23, 2002, Defendant Dorinda Borer was, the Director of Human Resources for the Town., ¶

7.  I declare under penalty of perjury that all of the foregoing are based upon my first-hand personal knowledge, and if called as a witness, I could, and would, competently testify thereto.

                                                //s//
                                                Linda LoSchiavo

Subscribed and sworn to before me this 30th day of September, 2004.

                                                //s//

                                                Notary Public