UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------
| | |
|---|---|
| **RICHARD SCHIRILLO, AUGUSTO CORREIA,:** <br> **RANDOLPH BOND and RONALD BRENTON** : <br> : <br> **v.** : <br> : <br> **TOWN OF STRATFORD and in their** : <br> **individual capacities EILEEN MURPHY,** : <br> **MICHAEL FEENEY, DORINDA BORER,** : <br> **MARK BARNHART, JACK OBERNESSER,** : <br> **MICHAEL SINGH, and SANDRA ZALIK** : | **Civil Action No.** <br> **303cv674 (WWE)** <br><br><br><br><br><br> **September 30, 2004** |

---------------------------------------------------------------

**AFFIDAVIT OF DORINDA BORER**

I, Dorinda Borer , being duly sworn, depose and say:

    1.    I am over the age of eighteen (18) and believe in the obligation of an oath.

    2.    I have been continuously employed by the Town of Stratford as its Director of Human Resources since September 23, 2002.  The decisions to deny the plaintiffs' request for heart and hypertension benefits were made prior to the time that I became employed by the Town of Stratford, and I did not personally participate in making any of those decisions.

    3.    I declare under penalty of perjury that all of the foregoing are based upon my first-hand personal knowledge, and if called as a witness, I could, and would, competently testify hereto.

                                                                         __//s//_____
                                                                          Dorinda Borer

Subscribed and sworn to before me this 30th day of September, 2004.

                                                                          ____//s//_____
                                                                          Notary Public