CERTIFICATION

This is to certify that a copy of the foregoing Motion for Summary Judgment, Memorandum of Law in Support of Motion for Summary Judgment, Defendants' Local Rule 56(a)2 Statement and supporting affidavits and exhibits were mailed this date by U.S. Mail first class, postage prepaid to the following:

James T. Baldwin, Esq.
1261 Post Road
P.O. Box 577
Fairfield, CT  06824
Fax: (203) 319-1210

Arthur Laske, III, Esq.
1261 Post Road
Fairfield,CT  06430
Fax: (203) 256-9442

                                                                         //s//_____
                                                                     Richard J. Buturla, Esq.