26

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD SCHIRILLO, AUGUSTO CORREIA, RANDOLPH BOND, and RONALD BRENTON<br><br>Plaintiffs,<br><br>Vs.<br><br>TOWN OF STRATFORD, and in their individual and official capacities EILEEN MURPHY, MICHAEL FEENEY, DORINDA BORER, MARK BARNHART, JACK OBERNESSOR, MICHAEL SINGH, and SANDRA ZALIK<br><br>Defendants. | CIVIL ACTION NO. 3:03CV674(WWE)<br><br><br><br><br><br><br><br>November 12, 2004 |

*until 12/31/04*
*dated 11/19/04*

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge

**MOTION FOR EXTENSION OF TIME REGARDING FILING MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

Pursuant to D. Conn. L. Civ. R. 7(b), the Plaintiffs, Richard Schirillo, Augusto Correia, and Randolph Bond, respectfully request that the court grant an extension of time to file a Memorandum in Opposition to Defendants', Town of Stratford, Eileen Murphy, Michael Feeney, Dorinda Borer, Mark Barnhart, and Jack Oberneser, Motion for Summary Judgement from on or about October 21, 2004 to December 31, 2004.

Counsel for all parties have been contacted regarding their consent to this motion. Attorney Richard Buturla, who represents the moving parties on the motion, consents to this motion. Attorney Arthur Laske, III, who represents Defendants Michael Singh and Sandra Zalik, also consents to this motion.

This extension is requested for good cause in that counsel for the undersigned Plaintiffs have been working diligently on Memorandum in Opposition to the Motion for Summary Judgement but have been