UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD SCHIRILLO, AUGUSTO CORREIA, RANDOLPH BOND, and RONALD BRENTON<br><br>Plaintiffs,<br><br>Vs.<br><br>TOWN OF STRATFORD, and in their individual and official capacities EILEEN MURPHY, MICHAEL FEENEY, DORINDA BORER, MARK BARNHART, JACK OBERNESSOR, MICHAEL SINGH, and SANDRA ZALIK<br><br>Defendants. | CIVIL ACTION NO. 3:03CV674(WWE)<br><br><br><br><br><br>December 29, 2004 |

**MOTION FOR EXTENSION OF TIME REGARDING FILING MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

Pursuant to D. Conn. L. Civ. R. 7(b), the Plaintiffs, Richard Schirillo, Augusto Correia, and Randolph Bond, respectfully request that the court grant an extension of time to file a Memorandum in Opposition to Defendants', Town of Stratford, Eileen Murphy, Michael Feeney, Dorinda Borer, Mark Barnhart, and Jack Oberneser, Motion for Summary Judgement from on or about December 21, 2004 to January 31, 2005.

Counsel for all parties have been contacted regarding their consent to this motion. Attorney Richard Buturla, who represents the moving parties on the motion, consents to this motion.

This extension is requested for good cause in that counsel for the undersigned Plaintiffs have been working diligently on Memorandum in Opposition to the Motion for Summary Judgement but have been

unable to complete said memorandum. An extension of time to file a Memorandum in Opposition will not delay the case.

This is the Second request for an extension of time filed by the undersigned with respect to this time limitation.

By:

FOR THE PLAINTIFFS
RICHARD SCHIRILLO, AUGUSTO CORREIA,
RANDOLPH BOND and RONALD BRENTON

_____
James T. Baldwin, ct08535
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06824
Tel. (203) 319-0800
Fax (203) 319-1210

### CERTIFICATION

This is to certify that a copy of the foregoing has been sent via regular mail, postage pre-paid, on this date to:

Richard Buturla, Esq.
Berchem, Moses & Devlin
75 Broad Street
Milford, CT 06460

_____
James T. Baldwin