UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD SCHIRILLO, AUGUSTO CORREIA, and RONALD BRENTON<br>　　　　　　　　　　Plaintiffs,<br><br>Vs.<br><br>TOWN OF STRATFORD, and in their individual and official capacities EILEEN MURPHY, MICHAEL FEENEY, DORINDA BORER, MARK BARNHART, JACK OBERNESSOR, MICHAEL SINGH, and SANDRA ZALIK<br>　　　　　　　　　　Defendants. | CIVIL ACTION NO. 3:03CV674(WWE)<br><br><br><br><br><br><br><br><br><br>February 11, 2005 |

**PLAINTIFFS OBJECTION TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT**

Pursuant to rule 56 of the Federal Rules of Civil Procedure the plaintiffs Richard Schirillo, Augusto Correia and Ronald Brenton respectfully request that the defendants motion for summary judgment be denied upon the following grounds:

Section 1983 Claim

1. Genuine issues of material fact exist as to whether the individual defendants personally participated in the alleged deprivation;

2. As a matter of law, the plaintiffs' contractual rights rise to the level of being a property right protected by the Due Process Clause;

3. As a matter of law, the grievance and arbitration procedures of the collective bargaining agreements do not satisfy due process;

4. The individual defendants are not entitled to qualified immunity as a matter of law;

5. Plaintiffs Schirillo and Brenton are not required to exhaust their administrative remedies;

6. There are genuine issues of material fact as to whether the defendants violated the plaintiffs' right to substantive due process.

Claim for Violation of due process under the Connecticut Constitution

1. Genuine issues of material fact exist as to whether the individual defendants personally participated in the alleged deprivation;

2. As a matter of law, the plaintiffs' contractual right rises to the level of being a property right protected by the Due Process Clause of the Connecticut Constitution;

3. As a matter of law, the grievance and arbitration procedures of the collective bargaining agreements did not satisfy due process.

Breach of the Collective Bargaining Agreement

1. The prior arbitration award does not bar plaintiff Correia from bringing breach of contract claims in court.

2. As a matter of law, the plaintiffs Schirillo and Benton are not foreclosed from bringing breach of contract.

Breach of Implied Covenants and Fair Dealing

1. The defendants are not entitled to summary on this state law claim for the same reasons that they are not entitled to summary judgment under breach of contract claims

The reasons for this motion are more fully set forth in the memorandum of law, affidavits, exhibits and deposition excerpts filed concurrently in support of our objection to defendants motion for summary judgment.

                                      FOR THE PLAINTIFFS
                                      RICHARD SCHIRILLO, AUGUSTO CORREIA,
                                      RANDOLPH BOND and RONALD BRENTON

By: _____
      James T. Baldwin, ct08535
      Coles, Baldwin & Craft, LLC
      1261 Post Road, P.O. Box 577
      Fairfield, CT 06824
      Tel. (203) 319-0800
      Fax (203) 319-1210

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent via regular mail, postage pre-paid, on this date to:

Richard Buturla, Esq.
Berchem, Moses & Devlin
75 Broad Street
Milford, CT 06460

_____
James T. Baldwin