# EXHIBIT 1

*Town of Stratford*
*Office of the Town Manager*

**Memorandum:**

DATE:     June 18, 1998

SUBJECT:  Grievance #18-98 (Correia)

FROM:     Mark S. Barnhart, Town Manager

TO:       Frank Farrar, President, Local 134, IFPTE

---

A hearing was conducted on May 11, 1998, regarding the above-referenced grievance. The grievant was represented by Attorney James T. Baldwin of Coles, Baldwin & Craft. Messrs. Farrar, Mix, Drozdowski, Borer, Brenton, Hudzik, Obernesser and Barnhart were also in attendance.

Subject grievance is filed on behalf of A. Correia, an employee of the Water Pollution Control Facility, who contends that he is being unfairly and improperly denied heart and hypertension benefits as mandated under Public Act 524. The grievant is requesting, by way of remedy, to be made whole.

The grievant claims that he is being denied heart and hypertension benefits due him under the collective bargaining agreement and applicable State Statutes. The grievant argues that management's actions are in violation of Section 13.3 of the collective bargaining agreement. Management contends that the notice of claim is untimely. Management further argues that the aforementioned section of the collective bargaining agreement pertains to retirement benefits, the award of which are at the sole discretion of the Retirement Board. Management notes that the grievant is simultaneously pursuing a claim for duplicative benefits under workmen's compensation.

In light of the testimony and evidence presented, I find no violation of the collective bargaining agreement. Accordingly, the grievance is denied.

cc:   M. Mix
      S. Borer
      J. Obenesser
      M. Hudzik