# EXHIBIT 4

```
                    CORREIA - DIRECT - BUTURLA                 14

  1      A    No.
  2      Q    You did receive a disability pension from
  3   the Town of Stratford under the pension plan; isn't
  4   that right?
  5      A    Yes.
  6      Q    Your union has a representative on the
  7   Pension Board; is that right?
  8      A    I believe so.  Yes.
  9      Q    Would that have been Dave Hurley in 1998?
 10      A    I don't know.
 11      Q    Let me try this another way.  You're not
 12   sure.  Dave Hurley is the representative today.  Prior
 13   to Dave Hurley, would it have been Fred Dragone?
 14           MR. BALDWIN:  I'm going to object to
 15           the form of the question.  He's already
 16           answered it; he said he doesn't know.
 17      Q    If you know, Mr. Correia, you can answer.
 18      A    Well, I know Freddie was on there at one
 19   time.  But in 1998?
 20      Q    You're not sure.  All right.  Did you ever
 21   have any conversations with Eileen Murphy concerning
 22   your claim?
 23      A    I remember going there once, but I think
 24   that was just to turn in some paperwork.
```

```
 1                  CORREIA - DIRECT - BUTURLA                    15
 2       Q    How about Jack Obernesser?
 3       A    No, I don't think so.
 4       Q    Mark Barnhart?
 5       A    No, I don't think so.
 6       Q    Michael Feeney?
 7       A    I don't remember.
 8       Q    Dorinda Borer?
 9       A    No.  I don't even know who that is.
10       Q    You've never even met Dorinda Borer; isn't
11  that right?
12       A    Yeah.
13       Q    Is that right, you've never met her?
14       A    I don't think so.  Nobody comes down to the
15  water pollution control.
16            MR. BUTURLA:  I have nothing further.
17       Mr. Laske?
18            MR. LASKE:  I just have a couple
19       questions to follow up.
20  CROSS-EXAMINATION
21  BY MR. LASKE:
22       Q    When you were retiring, did you get some
23  benefits?  You got a disability pension approved by
24  the Town Pension Board?
25       A    Right.
```

```
1                    CORREIA - CROSS - LASKE                    16
2        Q    Okay.  Did anyone discuss with you or lead
3   you to believe that the Town Pension Board was going
4   to approve your specific claim for these benefits
5   under that heart and hypertension aspect of the
6   contract?
7        A    I don't remember anything like that.
8        Q    In your Complaint you indicate that the
9   defendants led you to believe that the Town Pension
10  Board would hear and, if necessary, adjudicate your
11  claim for the 13.3 benefits.
12            Do you know anyone specifically from the
13  Town who led you to believe that the Town Pension
14  Board would take care of that aspect of your claim?
15       A    Not really.  I can't say for sure on that.
16  I can't remember as good as I used to.  You know?
17       Q    I was just wondering whether anyone in
18  particular you remember representing to you that the
19  Town Pension Board would take care of those 13.3
20  benefits, whether you had a specific conversation with
21  anybody who is a defendant in the case about the Town
22  Pension Board taking care of that.
23       A    No.
24       Q    At any point in time do you remember
25  speaking to Michael Singh about your claim?
```

```
 1              CORREIA - CROSS - LASKE                    17
 2        A    Who is that?
 3        Q    Okay.
 4        A    Who is that?
 5        Q    He's one of the named defendants in the
 6   case.  Do you recall in any way speaking to him or
 7   dealing with him?
 8        A    No.
 9        Q    How about Sandra Zalik?
10        A    No.
11        Q    Other than filing what we've marked as
12   Exhibit 1, the grievance, do you remember appearing
13   before any boards or commissions of any nature with
14   regard to this specific claim for heart and
15   hypertension?
16        A    I went to one board, but I don't remember
17   what that is.
18             THE WITNESS:  Was that with you?
19             MR. LASKE:  He can't answer.
20        A    I remember something about some State --
21   I can't remember.
22        Q    As far as any kind of a formal proceeding or
23   an informal proceeding, I'm going to ask you some
24   questions.  Do you remember going to any workers' comp
25   offices or do you remember going to any workers' comp
```

```
 1                CORREIA - CROSS - LASKE                    18
 2   hearings where this claim of yours was discussed or
 3   addressed?
 4        A    I think there was one with the State.  Yeah.
 5   And Randy Bond was there, too.
 6        Q    I'm sorry, who was that?
 7        A    Randy Bond.
 8        Q    Do you remember where that was, what
 9   building it was in?  Was it downtown Bridgeport?
10        A    New Britain I believe.  Don't quote me on
11   it.
12        Q    We actually are quoting you on it, but
13   that's okay.  Now, Mr. Buturla asked you about any
14   benefits under a statute, and he said 31-294.  You
15   didn't recognize that statute by number.
16             Did you refer to any other document that was
17   filed at that point?  Did you say 30C or did you say
18   some other response?
19        A    Yeah, I think did.  I think I said, Are you
20   talking about the 30C?
21        Q    When you say "30C," what are you talking
22   about?  Did you file a 30C or did you have a process
23   involving a 30C?
24        A    No.  I just had it with my lawyer.  He took
25   care of it.
```

| | CORREIA - CROSS - LASKE | 19 |

1
2   Q    And what was that process, if you know?
3   A    I don't know.
4   Q    You're referring to a piece of paper that's
5   in front of you.
6   A    Yeah.
7   Q    Is there anything about that that has a date
8   or a hearing number or anything like that on it?
9   A    No.
10  Q    Can I ask you, I know it's written with your
11  left hand, if you can read your handwriting? When
12  you're referring to your 30C, because you're looking
13  at piece of paper, what do you have written down there
14  about it?
15  A    That's all, just 30C and it's '97. That's
16  when it was.
17  Q    Is there a date with that?
18  A    I don't know offhand. I don't think so.
19  Q    You handled that with your lawyer,
20  Mr. Baldwin?
21  A    Right.
22  Q    At some point you remember, perhaps, going
23  to a hearing with Randy Bond?
24  A    Right.
25  Q    And that may have been in New Britain, but

```
1                    CORREIA - CROSS - LASKE                    20
```

2   you're not sure?

3   A   Right.

4   Q   So there was that process. Do you ever
5   remember appearing before any Town commissions, the
6   Pension Board, any other labor board or anybody else
7   within the town relating the particular claim?

8   A   No.

9   Q   You said that Ron B, who was your
10  supervisor, refused to sign the grievance.

11  A   Yes.

12  Q   And then you made a statement that he didn't
13  sign and then there was a statement, Take it to where
14  you have to, or, Take it to the Board. Who made that
15  statement?

16  A   Ron Brenton.

17  Q   When he made that statement to you, Take it
18  to where you have, or, Take it to the Board, do you
19  know what board he was talking about?

20  A   No. I left that up to the steward.

21  Q   Okay. So when he said, Take it to the
22  Board, you then brought it to the steward and then the
23  steward --

24  A   Well, the steward was there.

25  Q   But when that happened, you then gave it to

```
1                    CORREIA - CROSS - LASKE                      21
```

2  steward?

3       A    Right.

4       Q    With regard to where it would go, you left
5  it with the steward, who would then take it wherever
6  it had to go?

7       A    Uh-huh.

8       Q    Did the steward or anyone else from the
9  union ever come back to you and say, I took it to the
10 Board, or, I took someplace and here's the result?

11      A    I say think Farrar did, but I don't remember
12 what he said.

13      Q    If you don't remember what he said, do you
14 remember what happened after he or someone from the
15 union took it someplace?  Did he come back and say
16 that there was a resolution or a decision or something
17 happened with regard to the grievance?

18      A    No.  That's when I knew I was getting the
19 runaround, so I decided to latch on.

20      Q    By latch on, you're pointing to your lawyer.
21 Is that when you retained Mr. Baldwin?

22      A    That's when I started talking to him about
23 it.  Right.

24           MR. LASKE:  Thank you.  That's all I
25           have.

```
 1              CORREIA - CROSS - BALDWIN                22
 2            MR. BALDWIN:  I've got some questions
 3      for you.
 4   CROSS-EXAMINATION
 5   BY MR. BALDWIN:
 6      Q    You talked about the runaround that you got,
 7   Gus.  Can you explain what you mean by that?
 8      A    Well, they're always shifting you from one
 9   to another.  You know, What's that?  Whoever you ask.
10   They just don't want to know.  They'll say, I don't
11   handle that.  You have to go here, go there.  You have
12   to find out for yourself.
13      Q    Are you referring specifically to your
14   request for benefits under Section 13.3 of the union
15   contract?
16      A    Yes.
17      Q    And those are the heart and hypertension
18   benefits that you're seeking, right?
19      A    Yes.
20      Q    Now, you mentioned that your memory isn't as
21   good today as it once was.
22      A    Uh-huh.
23      Q    You're not just saying that.  That's a fact?
24      A    That's a fact.
25      Q    And certainly --
```