# EXHIBIT 5

```
                                                        11
 1                 SCHIRILLO - DIRECT - BUTURLA
 2   to workers' comp and they turned you down?
 3       A    They had no jurisdictions over the contract
 4   they told me.  They had me running around in circles.
 5   No matter who I went to, everybody played, how we say
 6   it, made me the dunce.  Nobody knew nothing.
 7       Q    After workers' comp turned you down, did you
 8   go back to your union officials?
 9       A    Yes, I did.
10       Q    And at that point do you remember which union
11   official?
12       A    Back to the same one, Freddie.
13       Q    Freddie Dragone?
14       A    Right.  "You have nothing."  I have nothing,
15   but still yet they approved me for disability.
16       Q    When you went back to Freddie Dragone, had you
17   already retired or was it before your retirement?
18       A    No.  I was semi.
19       Q    Around that time?
20       A    Yeah.  Wait a minute.  Jeez, I can't remember
21   the hospital.  I'm losing track of the hospital now.
22       Q    If the hospital was '99 and you retired
23   June 7, 2000 --
24       A    Oh, Rich --
25       Q    As best you can remember.
```

SCHIRILLO - DIRECT - BUTURLA

1
2   A    I'm sorry, but I keep seeing his little -- I
3   keep seeing his little face in the pic[ture] the
4   time. It was him.
5   Q    Fred Dragone?
6   A    Yeah, because he kept saying [Murphy] he
7   sent me -- No, no. How do I say this [to] [th]e
8   town hall. I went to see Eileen Murphy.
9   Q    Okay.
10  A    Go up to Eileen Murphy, you know, go see your
11  president, your union. I went to the union. They sent
12  me somewheres else. I go there, sat for two hours, and
13  after two hours I was told the commissioner, the
14  commissioner himself told me, you know, "I can't handle
15  your contract." Hey --
16  Q    The commissioner said it's a contract matter?
17  A    Yes, sir.
18  Q    The workers' comp commissioner?
19  A    Mayor Paoletta.
20  Q    Commissioner Paoletta, the former mayor,
21  right?
22  A    Yes, sir. And after all this is turned down
23  and everything, I was going to put some of my notes, my
24  papers, after all this, they grant me, and I could tell
25  you exactly when they granted me because my wife was in

[handwritten annotation: Schirillo went to Murphy]

13

SCHIRILLO - DIRECT - BUTURLA

1  
2  Canada, at the time, in June, my disability.
3  Q    You were granted a disability benefit by the
4  Town Pension Board, right?
5  A    Yes, sir.
6  Q    On June 7th --
7  A    That's right.  My wife was in Canada at the
8  time.  Oh, I'm sorry.  Forgive me.
9  Q    That's all right.
10 A    Could I have a drink of water?
11 Q    Sure.
12         MR. BUTURLA:  Off the record.
13         (Discussion off the record.)
14         MR. BUTURLA:  All right.  Let's go back
15         to this.
16 Q    Your wife was in Canada.  What was it you
17 were saying?
18         MR. BALDWIN:  Your pension?
19 Q    You got your disability pension on or about
20 June 7, 2000?
21 A    Could I talk now?
22 Q    Sure.  That's what I'm asking you.
23 A    Yes.  My wife was in Canada, because I know
24 exactly when she went to Canada.  She took the children
25 to see my sister.  She was ill.

                                                            14

1            SCHIRILLO - DIRECT - BUTURLA
2      Q    And --
3      A    I was called by Hurley.
4      Q    Hurley, the --
5      A    Not Dave Hurley, the son.
6      Q    Well, Dave Hurley is the --
7      A    He's retired.
8      Q    All right.  You were called by the Hurley who
9  is a member of the Pension Board?
10     A    Right.
11     Q    Your union representative on the Pension
12 Board?
13     A    Right.  He called up and said, "Rich, you were
14 approved for a disability."
15     Q    And the disability t[   *Granted Disability pension*   ]as
16 approved by the Pension Board
17 retirement related to your hea                          on; is
18 that right?
19     A    Yes.
20     Q    Have you ever been involved in the union?
21 Were you ever a steward or an officer or anything like
22 that?
23     A    Oh, you're going back in the '60s when nobody
24 wanted to be the steward, they made me a steward, which
25 was a joke.

15

SCHIRILLO - DIRECT - BUTURLA

Q    And you were familiar with Freddie Dragone, right?

A    Yes.

Q    You've known Fred Dragone for a long time?

A    Yes.

Q    And you knew Frank Farrar for a long time?

A    Yes. Frank -- Well, I can't -- You're typing everything down. Frank was a good man. He tried. Of course, lack of, yeah, education, you know, I mean, but he tried. He was pretty good. So, we, you know -- Okay. No more.

Q    But let me ask the question. The union, as far as you know, never brought a grievance on your behalf over the contract claim; is that right?

A    No. I was denied my constitutional rights.

Q    In your mind because the union never brought a grievance for you?

MR. BALDWIN: I'll object to the form.

Q    Let me try it a different way. You feel you weren't treated properly because the union didn't file a grievance for you?

A    Not only the union, Mr. Buturla. I'm talking Eileen Murphy, I'm talking compensation and the union. I mean, it was like, how do we say it, do you know how

1           SCHIRILLO - DIRECT - BUTURLA
2   to play the shell game?  I put a ball under here and a
3   ball under here and a ball under here (indicating).
4   Nobody could find the ball, you know, and this is the
5   way I was all the way.  I know that was wrong because I
6   know people who got it.  Some people got it easy.
7   Other people, well, you sprain your finger, oh, lady,
8   you sprain your finger, okay, you could have it.  Go.
9   But when it was my, you know, when I got hurt and I
10  went there, it felt like I got slapped in the face, and
11  I've been there over 36 years and we made that plant
12  operate.  It was us that got the best in the state
13  award.  Today these kids don't (indicating) -- Well,
14  it was us and we got slapped in the face.  I got
15  slapped in the face.  I'm sorry.  That's the way I
16  feel.  My constitution was shot to hell.  I mean,
17  forget that part.  It was shot.  And I'm disgusted with
18  the whole thing.  This is the way I feel.  Now, who do
19  I turn to?  I have nobody to turn to except a lawyer,
20  and I found him out of a telephone book.
21       Q    All right.  You don't need to tell me anything
22  about --
23       A    And he's a fantastic attorney.
24       Q    I understand.  You don't need to tell me
25  anything more about your relationship with your

                                                              SCHIRILLO - DIRECT - BUTURLA

A Yes, sir.

Q You were out of work during that period of time, right?

A Yes, sir.

Q Then at some period of time around the surgery you filed a workers' compensation claim for heart and hypertension, right?

A Yes, sir.

Q Commissioner Paoletta denied it claiming he didn't have any jurisdiction because it was a contract claim, right?

A Yes, sir.

Q You went to your union president, or you went to Fred Dragone, who you thought was the president at the time, and asked him to prosecute a grievance on your behalf under the contract, right?

A Yes, sir.

Q He refused?

A Yes, sir.

Q You went to Eileen Murphy in town hall, right?

A Yes, sir.

Q And she told you to go see your union, right?

A Yes, sir.

Q And on or about June 7, 2000, you received a

22

1                  SCHIRILLO - CROSS - LASKE

2      Q    When you say it was denied, you went and asked
3  the union to pursue this right for you?
4      A    Yes.
5      Q    And did they give you anything in writing that
6  said we're not going to do this or did they just --
7      A    No.  They had nothing in writing over there.
8      Q    So, it was just at a meeting you had with
9  these guys.  They said, "Look, this is what we're going
10 to do.  We're not going to pursue this as a grievance
11 for you," is that right?
12     A    Well, I don't want to be stupid or nothing,
13 but --
14     Q    No.
15     A    -- word for word, I can't --
16     Q    Well, you --
17     A    I know there was the union involved and then
18 Eileen Murphy.
19     Q    Okay.
20     A    They told me to go see Eileen Murphy.
21     Q    And then from Eileen Murphy you then went to
22 workers' comp?
23     A    Workmens' comp.
24     Q    And then after workers' comp you went to the
25 Pension Board?

24

1        SCHIRILLO - CROSS - LASKE

2     A     Oh, yes.

3     Q     And then they said to you that that was
4  something that they would not pursue for you?

5     A     They said they couldn't.

6     Q     Okay. Did they say why?

7     A     Oh, jeez. No. They said I can't. You have
8  to go see Eileen Murphy. Again, I end up with the
9  shell game.

10    Q     Okay.

11    A     This is what I was talking about.

12    Q     Slow down. I just want to talk about the
13 conversation you had.

14    A     The conversation, you're talking about how
15 many years of conversation, but --

16    Q     But you went there and they said, "We can't
17 handle it. Go see Eileen Murphy."

18    A     Yes.

19    Q     And then from there you went to Eileen Murphy,
20 you were referred to workers' comp and then back to the
21 Pension Board, right?

22    A     Uh-hum.

23    Q     Okay. Is there a difference between what you
24 ended up getting from the Pension Board and what you
25 believe you were entitled to through the benefits that

                    SCHIRILLO - CROSS - LASKE

1  you would have gotten in the contract, a dollar value?
2       A    I don't understand that, sir.
3       Q    Okay.  It's probably my question.  You were --
4       A    Sixty-six.  Two-thirds.
5       Q    Okay.  Is it your position that you would have
6  gotten a different percentage on your disability had it
7  gone through the contract and been addressed earlier or
8  are you being shortchanged some dollar value here on
9  your retirement?
10           MR. BALDWIN:  I'm going to object to the
11           extent that it seeks a legal opinion from
12           him.
13           MR. LASKE:  Okay.  I'm just asking his
14           understanding.
15           MR. BALDWIN:  If he knows.
16      Q    Did you get shortchanged somehow in the
17 process that eventually took place between what you
18 think you should have gotten dollarwise and what you
19 ended up getting?
20      A    I know what the answer is, but I don't want to
21 get slapped in the face.  I feel I do.  My
22 constitutional rights were violated.
23      Q    Okay.
24      A    And it made me feel like two cents and stupid