# EXHIBIT 8

rgency medical service organi-
visions of this section shall be
ions of sections 7-314 and 7-
which the fire company or the
a fireman or technician is a

l service organization may re-
n is located to enact the provi-
chief executive officer of the
ly.

8.)

e) of Sec. 19a-175, effective June 3, 1996;
-191 and 19a-192, effective July 1, 1997.

licemen. Maximum cumula-
general statute, charter or spe-
ntributory retirement systems
ng for a police benefit fund or
regular member of a paid fire
rtment whose death has been
h survivor benefits as are pro-
lition, they shall receive such
system in which such depart-
rovided such pension benefits
d by such survivors shall not
being paid, during their com-
e position which was held by
erein shall prevent any town,
d to any such survivors, pro-
one hundred per cent of the

e, charter or special act to the
irement systems of any mu-
ice or firemen benefit fund or
luding payments for medical
under section 7-433c shall be
eived by such member or his
ent of the weekly compensa-
ers of such department in the
e of his death or retirement.
borough from paying money
ts or survivors, provided the
one hundred per cent of the

History: P.A. 77-520 added Subsec. (b) for bidding payment of benefits which would exceed 100 per cent of weekly compensation of workers in same position as member; P.A. 79-376 substituted "workers' compensation" for "workmen's compensation".

See Sec. 7-323a et seq. re Policemen and Firemen Survivors' Benefit Fund.

Cited. 177 C. 456, 462. Cited. 194 C. 139, 142, 146, 147. Cited. 204 C. 563, 567, 569. Cited. 208 C. 576, 580. Cited. 214 C. 189, 194. Cited. 224 C. 441, 444.

Cited. 2 CA 255, 259. Cited. 12 CA 138, 141, 147. Cited. 26 CA 194, 199.

Subsec. (b):

Cited. 194 C. 139, 146. Cited. 214 C. 181, 184, 187. Ceiling imposed on award of benefits applies at time of retirement. Id., 189, 191–195. "Weekly compensation" includes overtime as well as base salary. Id., 552–559. "Ceiling" on benefits applies to total payments composed of heart and hypertension disability payments and retirement pension payments not related to Sec. 7-433c. 243 C. 747.

Interpretation of the statute focuses on amount of compensation that recipient would have received if he continued working. 12 CA 138–142, 144 –153. Cited. 26 CA 194, 196. Section not applicable where pension was not awarded under Sec. 7-433c but was a regular pension for long years of service. 43 CA 773.

**Sec. 7-433c. Benefits for policemen or firemen disabled or dead as a result of hypertension or heart disease.** (a) Notwithstanding any provision of chapter 568 or any other general statute, charter, special act or ordinance to the contrary, in the event a uniformed member of a paid municipal fire department or a regular member of a paid municipal police department who successfully passed a physical examination on entry into such service, which examination failed to reveal any evidence of hypertension or heart disease, suffers either off duty or on duty any condition or impairment of health caused by hypertension or heart disease resulting in his death or his temporary or permanent, total or partial disability, he or his dependents, as the case may be, shall receive from his municipal employer compensation and medical care in the same amount and the same manner as that provided under chapter 568 if such death or disability was caused by a personal injury which arose out of and in the course of his employment and was suffered in the line of duty and within the scope of his employment, and from the municipal or state retirement system under which he is covered, he or his dependents, as the case may be, shall receive the same retirement or survivor benefits which would be paid under said system if such death or disability was caused by a personal injury which arose out of and in the course of his employment, and was suffered in the line of duty and within the scope of his employment. If successful passage of such a physical examination was, at the time of his employment, required as a condition for such employment, no proof or record of such examination shall be required as evidence in the maintenance of a claim under this section or under such municipal or state retirement systems. The benefits provided by this section shall be in lieu of any other benefits which such policeman or fireman or his dependents may be entitled to receive from his municipal employer under the provisions of chapter 568 or the municipal or state retirement system under which he is covered, except as provided by this section, as a result of any condition or impairment of health caused by hypertension or heart disease resulting in his death or his temporary or permanent, total or partial disability. As used in this section, the term "municipal employer" shall have the same meaning and shall be defined as said term is defined in section 7-467.

(b) Notwithstanding the provisions of subsection (a) of this section, those persons who began employment on or after July 1, 1996, shall not be eligible for any benefits pursuant to this section.

(1971, P.A. 524, S. 1; P.A. 77-520, S. 1, 3; P.A. 92-81, S. 1, 3; P.A. 96-230, S. 2, 3; 96-231, S. 1, 2.)