EXHIBIT 11

# AGREEMENT

BETWEEN

THE STRATFORD PUBLIC WORKS EMPLOYEES ASSOCIATION

LOCAL #134

AFFILIATE OF THE INTERNATIONAL FEDERATION OF

PROFESSIONAL & TECHNICAL ENGINEERS

AFL-CIO-CLC



AND

THE TOWN OF STRATFORD, CONNECTICUT

Arbitration Award

Interest Arbitration Case No. 9293-MBA-166

Date: September 15, 1994



PLAINTIFF'S
EXHIBIT NO. B
FOR IDENTIFICATION
DATE: 4-2-04    RPTR: dc

Hospitalized during his vacation period, he shall be allowed the option of changing his Vacation to Sick Leave providing his illness or hospitalization is verified by a doctor on a prescribed Town form (See Appendix A).

## ARTICLE 13 - PENSIONS

Section 13.1  Pension Benefits shall be granted in accordance with "An Act Concerning Pensions for Employees of the Town of Stratford" dated April 9, 1970, with the following Amendment:

"Average Annual Compensation" means the yearly average of the total compensation paid to the employee by the Town for the thirty (30) months immediately prior to his retirement or death.

Section 13.2  Nothing in this Contract shall limit either party's right to propose negotiation on the Provisions of "An Act Concerning Pensions for Employees of the Town of Stratford" during the terms of this Contract.  The parties agree that should such a proposal be made by either party, the other shall make arrangements for meetings to negotiate on the question.

The parties agree that neither the Union nor the Town shall invoke the Provisions of this Section (Section 13.2, Article 13) during the period starting with the date of signing of the Successor Agreement to the Agreement which expired June 30, 1985, through June 30, 1987.  As of June 30, 1987, Article 13, Section 13.2 shall again be in full force and effect, and, as of June 30, 1987, either the Union or the Town may invoke all the Provisions of said Article 13, Section 13.2.

It is understood discussions have been taking place regarding the Pension Plan, by an overall committee of employees of the Town, during the negotiations of this Agreement which expired on June 30, 1993.  It is further understood and agreed that, insofar as no resolution has occurred as to the pension plan talks, the Pension Article shall be reopened for negotiations to commence on or after November 1, 1994 with cut-off for arbitration purposes May 1, 1995.

Section 13.3  Effective April 1, 1974, the Municipality shall provide all members of the Bargaining Unit with the hypertension or heart disease benefits mandated for Municipal Fire and Police personnel under P.A. 524 under the same terms and conditions as set forth in said Public Act provided, however that any new employee hired on or after November 1, 1978 shall not be eligible for hypertension or heart disease benefits.

Section 13.4  The parties agree that the Pension Annuity Plan will remain in effect for the terms of this Agreement in accordance with the Letter of Understanding dated May 19, 1971, a copy of which is attached hereto.  Effective with the signing of the Contract, the cost of the Annuity Plan shall be borne by the Town contributing an amount equal to 6.5% of the employee's salary per year and the employee contributing 6.5% of his salary per year.

Section 13.5  Vesting Provisions shall be provided, effective April 1, 1979, to those employees covered by the Town Pension Plan, who either resign their Town positions or are terminated by the Town

24



# AGREEMENT

## between

## THE TOWN OF STRATFORD, CONNECTICUT

## and

## THE TOWN OF STRATFORD SUPERVISORS' UNION LOCAL 3804, COUNCIL 4, AFSCME, AFL-CIO

## 1 JULY 1997 - 30 JUNE 1999

receive a bonus one (1) day of paid leave. Leave for perfect attendance shall be used in the same manner as vacation leave. Perfect attendance shall be broken by any use of sick leave, injury leave (workers compensation) or unpaid leaves of absence. Effective 1 January 1995, any unused perfect attendance days, including the bonus day, shall be paid out in the first pay period in January. Effective January 1, 1998, members shall have the option of carrying earned perfect attendance days into the next calendar year or continuing the current practice of cashing those days out in January. Days carried into the next calendar year may be used or cashed out, at the employee's request, by June 15, of the following calendar year. If no such request is made by the employee, the Town shall automatically cash out these carry over days by the last pay period in June. Members interested in this carry-over option shall notify the Town in writing no later than January 2. The use of bereavement leave or jury duty that is properly documented shall not break perfect attendance .

## ARTICLE 10
## PENSIONS

Section 1  Pension benefits shall be granted in accordance with an Act Concerning Pensions for Employees of the Town of Stratford, dated April 8, 1970, with the following amendment: Average annual compensation means the yearly average of the total compensation paid to the employee by the Town for the Thirty (30) months immediately prior to his retirement or death.

Section 2  All present members of the Bargaining Unit who are members of the Pension Plan shall be subject to all of the Provisions of 1971 P.A. 524 under the same terms and conditions set forth in said Public Act for Municipal Police and Fire Personnel. Any employee who is hired after August 17, 1979 shall not be eligible for this benefit.

Section 3  All members of the Bargaining Unit, who are members of the Pension Plan, shall be provided with vesting rights in such plan after completing ten (10) years of service. Benefits shall be deferred to a time when the employee would have reached the minimum eligible requirement as set forth in the Pension Plan. The amount of such deferred pension benefit shall be based on the benefits in effect at the time the vested member terminates his employment.

Section 4  The Town agrees to continue in force an Annuity Plan for employees of the Bargaining Unit over 45 years of age who are not eligible to become members of the Town Pension Plan. Effective April 1, 1981, the Town will contribute an amount equal to 6-1/2% of the employee's salary per year and the employee will contribute 6-1/2% of his/her salary per year. Employees over 45 years of age hired at any future date shall also be eligible for coverage under the Annuity Plan.

Section 5  The Union shall have the right to select two of its members to serve as a member and an alternate member of the Retirement Board which administers the Retirement Plan for Employees of the Town of Stratford. Said member will have full voting rights.