# EXHIBIT 12

difference between the amount received for Jury Duty and the employee's regular straight time hourly rate provided that the employee cooperates in presenting to the Court any request that the Municipality deems appropriate to have such employee excused from Jury Duty.

Section 16.4  All employees shall be guaranteed all rights to which they are entitled under the Universal Military Act and the Soldiers' and Sailors' Civil Relief Act as amended.

Section 16.5  Employees summoned for Training Duty with any Armed Forces, Reserve Corps Program or National or State Guard Training Programs shall be paid the difference between pay received for such Duty and the employee's regular straight time pay from the Municipality.  This pay shall apply only to a maximum of two weeks Annual Field Training.  The two weeks pay referred to herein shall be paid to the employee 2 weeks prior to start of such Training Duty provided the employee supplies the town with the Military Pay Voucher 3 weeks prior to the start of such leave.

## ARTICLE 17  GRIEVANCE PROCEDURE AND ARBITRATION

Section 17.1  For the purpose of this Agreement, a "Grievance" is defined as any dispute between the Municipality and the Association or between the Municipality and any employee or group of employees concerning the interpretation, application or violation of the Provisions of this Agreement.  No matter shall be subject to Grievance unless taken up within fifteen (15) working days of its most recent occurrence.

Section 17.2  A Grievance, whenever possible, shall be resolved within the Division where it arises through the efforts of the representative or the Association and the Supervisor of the Division involved.

Section 17.3  A Grievance will be processed and settled in the following manner:

Step 1  Any employee having a Grievance shall present such Grievance verbally to his Superintendent with or without his Association Representative.

Step 2  In the event the Grievance cannot be satisfactorily settled by his Superintendent and/or his Association Representative within three (3) working days from the time it was presented in Step 1, the Representative will present to the Grievance Committee a written detailed copy of the Grievance.  The Association Grievance Committee will then rule on the validity of the Grievance and if it finds the Grievance valid:

A. The Association shall submit such detailed Grievance in writing to the Director of Public Works setting forth the nature of the Grievance.  Within five (5) working days after said Director received such Grievance, he shall arrange to and meet with representatives of the Public Works Association for the purpose of adjusting or resolving such Grievance.

B. If such Grievance is not resolved to the satisfaction of the



28

Association by the Director of Public Works within seven (7) working days after such meeting, the Association may present such Grievance, in writing, within seven (7) working days thereafter to the Town Manager. Within nine (9) working days after said Town Manager receives such Grievance, then he or his Designated Representative shall arrange to and shall meet with the Representatives of the Association for the purpose of adjusting or resolving such Grievance.

C. If such Grievance is not resolved to the satisfaction of the Association by the Town Manager or his Designated Representative within seven (7) working days after such meeting, the Association may within ten (10) working days thereafter submit the dispute to the State Board of Mediation and Arbitration to provide Arbitration Service and shall simultaneously notify the Town that it has submitted the Grievance to Arbitration. The decision of the Arbitration Panel shall be final and binding on both parties.

Section 17.4  Step 1 and/or 2 of the Grievance Procedure may be waived by mutual agreement of the parties with the result that the Grievance may be submitted to the next step.

Section 17.5  If the Town fails to meet the time specifications of any Step of the Grievance Procedure, the Grievance shall then be submitted to the next Step of the Procedure by the Association. If the grievant fails to process a Grievance to the next Step, within the time limitations herein, such will be deemed to constitute an acceptance of the decision rendered at the prior Step.

Section 17.6  Nothing in this Article is intended to prohibit the Town from filing a Grievance against the Union. Such Grievance shall be submitted within fifteen (15) working days of its most recent occurrence to the Association's Executive Board through the Association President. If not satisfactorily resolved within two weeks of its submission, the Grievance may be submitted to Arbitration before the Connecticut State Board of Mediation & Arbitration for a binding decision within ten (10) working days of receipt of the Union Executive Board's written reply to the Grievance.

Section 17.7  As an option to the above Arbitration Procedures, either party may submit its Grievance for Arbitration to an expedited system of Arbitration based on the following conditions:

A. Arbitrator, to be mutually agreed upon by the Town and Union in such expedited procedure, shall be selected from a list of ten arbitrators to be compiled within thirty (30) days of execution of this Agreement. If the parties cannot agree to such list within the time specified, then this Section shall be null and void.

B. Grievances, after having been processed at the appropriate step(s) of the Grievance Procedure, shall be submitted promptly to Expedited Arbitration by letter from the Moving Party to the Arbitrator with a copy of such letter to the other party. Hearing of the case shall take place within ten (10) working days of the date such Grievance was filed for Arbitration with

29

the Arbitrator Award of the Arbitrator shall be issued in writing within ten (10) working days of such Hearing.

C. If the Arbitrator first agreed upon by the parties is unable to hear the case in question within ten (10) working days from the time the Grievance was filed for Arbitration, then the parties shall proceed to select an Alternate Arbitrator from the List of ten (10) Arbitrators referenced in this Section.

D. The parties may mutually agree upon time limitations different than those set forth in this Section.
The decision of the Arbitrator shall be final and binding upon the parties. The costs of the Arbitrator shall be borne equally by both parties.

ARTICLE 18   ASSOCIATION REPRESENTATIVE RIGHTS & OBLIGATIONS

Section 18.1  The Municipality shall pay such Employee Representatives, Officers and Members of the Negotiating Committee at their base rate during working hours for time spent conducting Association business with the Municipality. Such pay shall be granted to only one person in a Division with less than fifteen (15) employees at any one time. Association Officers may be granted a Leave of Absence by the Director of Public Works with pay for a period not to exceed a total of twenty-five (25) days per year to conduct Association business with groups other then the Municipality.

Section 18.2  The Association President, Grievance Chairman or assigned person shall have the right, after receiving approval from the Director of Public Works, to meet with Departmental employees, during working hours, to discuss grievances. Before a Union Representative may discuss a grievance with an employee during working hours, the Union Representative shall obtain approval from the grievant's Supervisor.

<u>The Executive Board Officers, of not more than five (5) employees, plus grievant(s) and necessary witness(es) shall be allowed paid release time to attend any and all meetings with Town officials occuring in Stratford, and any other meetings relating to union grievances and/or complaints, with agencies of the State, occurring on Town Property.</u>
<u>The Executive Board Officers, of not more than three (3) employees, plus grievant(s) and necessary witness(es) shall be allowed paid release time to attend any and all meetings relating to union grievances/arbitration hearings, and/or complaints, with agencies of the State, including Labor Board conferences or hearings, occurring at those specific State Offices.</u>

Permission to be released for such meetings shall be obtained in advance from the appropriate Supervisor.

ARTICLE 19   MANAGEMENT RIGHTS

Section 19.1   Except where such rights, powers and authority are specifically relinquished, abridged or limited by the Provisions of the Agreement, the Town has and will continue to retain, whether exercised or not, all of the rights, powers and authority heretofore had by it, except where such rights, powers and authority are

30