# EXHIBIT 13

## NOTICE OF MEETING

PURSUANT TO THE DIRECTION OF CHAIRPERSON RICHARD FREDETTE, THE DISABILITY REVIEW BOARD WILL CONDUCT A REGULAR MEETING ON THURSDAY, MAY 1, 1997 AT 6:30 PM IN ROOM 217, STRATFORD TOWN HALL, 2725 MAIN STREET, STRATFORD, CT.

## AGENDA

1. CALL TO ORDER

2. REVIEW OF TABLED APPLICATIONS

3. NEW APPLICATIONS
   A. DONALD MACUCH (DISABILITY IN THE LINE OF DUTY; PUBLIC WORKS)
   B. EDWARD CHAFFEE (DISABILITY IN THE LINE OF DUTY; FIRE DEPARTMENT)

4. ADJOURNMENT

ANY INDIVIDUAL WITH A DISABILITY WHO NEEDS SPECIAL ASSISTANCE TO PARTICIPATE IN THE MEETING SHOULD CONTACT THE ADA COORDINATOR, PATTY ULATOWSKI AT 385-4022 (TDD) 5 DAYS BEFORE THE MEETING IF POSSIBLE.

DISTRIBUTION:
NICHOLAS BERTINI, MD.            EILEEN MURPHY
TIMOTHY ASPINWALL, ATTY.         RICHARD FREDETTE
DONALD DWORKIN, MD.              TOWN CLERK (2)
JAMES R. MIRON, ATTY.            COUNCIL CLERK

ANY INDIVIDUAL WITH A DISABILITY WHO NEEDS SPECIAL ASSISTANCE TO PARTICIPATE IN THE MEETING SHOULD CONTACT THE ADA COORDINATOR, PATTY ULATOWSKI AT 385-4020 OR 385-4022 (TDD) 5 DAYS BEFORE THE MEETING, IF POSSIBLE.

## MEETING NOTICE

PURSUANT TO THE DIRECTION OF SANDRA ZALIK, THE DISABILITY REVIEW BOARD WILL CONDUCT A REGULARLY SCHEDULED MEETING ON THURSDAY, FEBRUARY 26, 1998 IN ROOM 217 OF STRATFORD TOWN HALL, 2725 MAIN STREET, STRATFORD, CT AT 6:15 P.M.

### AGENDA

1. **CALL TO ORDER:**

2. **APPROVAL OF MINUTES** - Minutes of regularly scheduled meeting of May 1, 1997 and special meeting of June 2, 1997.

3. **APPLICATIONS**

    A.   Randolph Bond

    B.   Augusto Correia

4. **ADJOURNMENT**

_Carol Cabral_
Carol Cabral, Council Clerk

# MEETING NOTICE

## DISABILITY REVIEW BOARD
JULY 30, 1998

*[handwritten: Eileen / Cancelled / Lack of quorum / Sam]*

THE DISABILITY REVIEW BOARD WILL CONDUCT A REGULARLY SCHEDULED MEETING ON THURSDAY, **JULY 30, 1998** IN ROOM 217 OF STRATFORD TOWN HALL, 2725 MAIN STREET, STRATFORD, CT AT 6:30 P.M.

### AGENDA

1. **CALL TO ORDER:**

2. **APPROVAL OF MINUTES** - Minutes of regularly scheduled meeting of May 1, 1997 and special meeting of June 2, 1997.

3. **APPLICATIONS**

   A. Randolph Bond - Disability in Line of Duty

   B. Augusto Correia - Disability in Line of Duty

   C. Bruce Thompson - Disability in Line of Duty

   D. Vincent Reilly - Disability in Line of Duty

   E. Frederick Silvestro - Disability in Line of Duty

4. **ADJOURNMENT**

*Carol Cabral*
Carol Cabral, Council Clerk

ANY INDIVIDUAL WITH A DISABILITY WHO NEEDS SPECIAL ASSISTANCE TO PARTICIPATE IN THE MEETING SHOULD CONTACT THE ADA COORDINATOR, PATTY ULATOWSKI AT 385-4020 OR 385-4022 (TDD) 5 DAYS BEFORE THE MEETING, IF POSSIBLE.

# MEETING NOTICE

# DISABILITY REVIEW BOARD
JUNE 25, 1998

THE DISABILITY REVIEW BOARD WILL CONDUCT A REGULARLY SCHEDULED MEETING ON THURSDAY, **JUNE 25, 1998** IN ROOM 217 OF STRATFORD TOWN HALL, 2725 MAIN STREET, STRATFORD, CT AT 6:15 P.M.

## AGENDA

1. **CALL TO ORDER:**

2. **APPROVAL OF MINUTES** - Minutes of regularly scheduled meeting of May 1, 1997 and special meeting of June 2, 1997.

3. **APPLICATIONS**

    A.  Randolph Bond - Disability in Line of Duty

    B.  Augusto Correia - Disability in Line of Duty

    C.  Bruce Thompson - Disability in Line of Duty

    D.  Vincent Reilly - Disability in Line of Duty

    E.  Frederick Silvestro - Disability in Line of Duty

4. **ADJOURNMENT**

*Carol Cabral*
Carol Cabral, Council Clerk

ANY INDIVIDUAL WITH A DISABILITY WHO NEEDS SPECIAL ASSISTANCE TO PARTICIPATE IN THE MEETING SHOULD CONTACT THE ADA COORDINATOR, PATTY ULATOWSKI AT 385-4020 OR 385-4022 (TDD) 5 DAYS BEFORE THE MEETING, IF POSSIBLE.

*Eileen*

# MEETING NOTICE

## DISABILITY REVIEW BOARD
AUGUST 4, 1998

THE DISABILITY REVIEW BOARD WILL CONDUCT A **SPECIAL MEETING** ON TUESDAY, **AUGUST 4, 1998** IN PIT AREA OF COUNCIL CHAMBERS AT STRATFORD TOWN HALL, 2725 MAIN STREET, STRATFORD, CT AT 6:30 P.M.

### AGENDA

1. CALL TO ORDER:

2. APPLICATIONS

    A.  Randolph Bond – Disability in Line of Duty

    B.  Augusto Correia – Disability in Line of Duty

    C.  Bruce Thompson – Disability in Line of Duty

    D.  Vincent Reilly – Disability in Line of Duty

    E.  Frederick Silvestro – Disability in Line of Duty

3. ADJOURNMENT

*Carol Cabral*
Carol Cabral, Council Clerk

ANY INDIVIDUAL WITH A DISABILITY WHO NEEDS SPECIAL ASSISTANCE TO PARTICIPATE IN THE MEETING SHOULD CONTACT THE ADA COORDINATOR, PATTY ULATOWSKI AT 385-4020 OR 385-4022 (TDD) 5 DAYS BEFORE THE MEETING, IF POSSIBLE.