# EXHIBIT 15

# DISABILITY REVIEW BOARD

*MINUTES OF SPECIAL MEETING*

August 4, 1998

---

DISTRIBUTION:

| | |
|---|---|
| Sandra Zalik, Chairman | Fred Dragone (Public Works) |
| Patricia Kronenberg | Dave Hurley (Public Works –A) |
| William Cabral | Bonnie Vail (Town Hall/Finance) |
| Joseph Rainone | Allen Hooker, Jr. (Town Hall – A Tax Coll) |
| Debbie Rose | Thomas Murray (Fire) |
| Susan Collier | Gene Vedock (Police) |
| Anthony Schirillo | Paul Aurelia (Police – A) |
| Town Clerk (2) | Kurt Ahlberg (Town Attorney) |
| Salvatore Recupido (BOE) | Richard Buturla (Town Attorney) |
| Charles Fardy (BOE – A) | Edward Gomeau (Finance Director) |
| Anthony Dragone (Supervisor Public Works) | Chris Testani/William Russell (First Union Bank) |
| Michael Danko (Supervisor –A) | Engineering, Water Pollution, Parks |
| Eileen Murphy (Insurance) | Highway, Sanitation Garage, Maintenance |
| Council Clerk | P. Naylor, Secretary to Supervisors |
| Donald Dworken, MD | Nicholas Breyan, MD |

---

## AGENDA

I    CALL TO ORDER

Chairman Zalik called the meeting to order at 6:30p.m.

II    APPLICATIONS

A. Randolph Bond – Disability in Line of Duty
Dr. Breyan made a motion, seconded by Dr. Dworken, to state that Randolph Bond is disabled, and his disability is work-related. The motion carried unanimously.

B. Augusto Correia – Disability in Line of Duty
Dr. Dworken made a motion, seconded by Dr. Breyan, to state the Augusto Correia is disabled, and his disability is work-related. The motion carried unanimously.

C. Bruce Thompson – Disability in Line of Duty
Dr. Dworken stated Bruce Thompson should not be allowed to return to work in the capacity of his job description. No doctor, however, has said the injury is directly work-related. Both Dr. Dworken and Dr. Breyan agree, therefore, that Mr. Thompson should have an independent medical examination by an orthopedic surgeon who virtually deals exclusively with total hips and/or total knees (e.g. Dr. Pelker, or anyone else of that reputation). Dr. Dworken made a motion to table this disability claim pending a third opinion from a hip specialist, who should be instructed to give his opinion on the ideology of the injury. Dr. Breyan seconded this motion, which carried unanimously.

D. Vincent Reilly – Disability in Line of Duty
Dr. Dworken made a motion to table the pension application of Vincent Reilly pending treatment and re-evaluation of current injury. Dr. Breyan seconded this motion, which carried unanimously.