# EXHIBIT 16

THESE MINUTES ARE NOT OFFICAL UNTIL APPROVED BY THE PENSION BOARD

# PENSION BOARD
## FEBRUARY 4, 1998

DISTRIBUTION LIST:

Sandra Zalik, Chairman
William O. Cabral
Debbie Rose
Anthony Schirillo
Charles Fardy (BOE-A)
Anthony Dragone (Supervisor-A)
Edward Biebel (Public Works-A)
Allen Hooker, Jr. (Town Hall/tax Coll.-A)
Gene Vedock (Police)
Eileen Murphy
Highway, Sanitation Garage Maintenance
Richard Buturla (Town Attorney)
Engineering, Water Pollution, Parks
Council Clerk

Patricia A. Kronenberg
Joseph R. Rainone
Susan Collier
Salavatore Recupido (BOE)
Michael Danko (Supv./Tax Assessor)
Fred Dragone (Public Works)
Bonnie Vail (Town Hall/Finance)
Thomas Murray (Fire)
Paul Aurelia (Police-A)
Town Clerk (2)
Kurt Ahlberg (Town Attorney)
Chris Testani/W. Russell (First Union Bank)
Edward Gomeau (Finance Director)

The Pension Board held a regular scheduled meeting on February 4, 1998 at 7:30 p.m. in room 217, Stratford Town Hall, Stratford Connecticut, Chairman Sandra Zalik presided.

**MEMBERS PRESENT**: Zalik, Rainone, Schirillo, Biebel, Vail, Vedock, Aurelia, T. Murry, E. Murphy, Ahlberg, Kronenberg, Recupido, A. Dragone, F. Dragone, Gomeau. Cabral.

**MEMBERS ABSENT**: Danko, Rose, Buturla, Collier, Fardy, Hooker Jr., Testani, Russell, (2) Town Clerks

ALSO PRESENT: None

1-CALL TO ORDER
    Chairman Zalik called the meeting to order at 7:35 p.m.

2-APPROVAL OF MINUTES
    A motion was made, seconded, and voted unanimously to approve as distributed.

3-TREASURER'S REPORT
    Mr. Gomeau stated no report at this time.

4-NEW APPLICATIONS
    None Reported/None Received

## 5-INFORMATIONAL ITEMS

Discussion took place regarding the extension of Heart and Hypertension to Public Works. It was reported that the Bonding presently in place was working for these issues. A discussion of Mr. Correeia's filing in July the alleged back injury in January. No action has been taken and both disability claims are being contested.

## 6-OPEN DISCUSSION

Anthony Schirillo opened a discussion regarding the establishment of a Review Board coupled with a step by step procedure that must be followed for claims being submitted.

Joseph Rainone expressed concern regarding the lack of documentation on claims submitted.

## 7-ADJOURNMENT

A motion was made, seconded, and voted unanimously to adjourn at 7:50 p.m.

Respectively submitted

*[signature]*

Justine M. Gregg
Recording Secretary

*Please note the because of a malfunction in the tape recorder, the secretary has provided the contents of these minutes from hard copy notes taken.

## MEETING NOTICE

DISTRIBUTION:
- Sandra Zalik, Chairman
- ✓ Patricia A. Kronenberg
- ✓ William O. Cabral
- ✓ Joseph R. Rainone
- Debbie Rose
- Susan Collier
- ✓ Anthony J. Schirillo
- Town Clerk (2)
- ✓ Salvatore Recupido (BOE)
- Mary Ann Cullen (BOE -A)
- David Valente (Supervisor/Tax Assessor)
- Michael Danko (Supervisor-A)
- ✓ Eileen Murphy
- Council Clerk
- Fred Dragone (Public Works)
- ✓ Edward Biebel (Public Works)
- ✓ Bonnie Vail (Town Hall/Finance)
- Allen Hooker Jr. (Town Hall-A Tax Coll)
- ✓ Thomas Murray (Fire)
- ✓ Gene Vedock (Police)
- ✓ Paul Aurelia (Police-A)
- ✓ Kurt Ahlberg (Town Attorney)
- Richard Buturla (Town Attorney)
- ✓ Edward Gomeau (Finance Director)
- Chris Testani/William Russell (First Union Bank)
- Engineering, Water Pollution, Parks, Highway, Sanitation Garage, Maintenance

*Tony Dragone*

PURSUANT TO THE DIRECTION OF SANDRA J. ZALIK, CHAIRMAN, THE PENSION BOARD WILL CONDUCT A REGULARLY SCHEDULED MEETING ON WEDNESDAY, FEBRUARY 4, 1998 IN ROOM 217 OF STRATFORD TOWN HALL, 2725 MAIN STREET, STRATFORD, CONNECTICUT AT 7:30 P.M. — *750*

### AGENDA

1. CALL TO ORDER

2. APPROVAL OF MINUTES - minutes of Regularly scheduled meeting of 1/7/98.

3. TREASURER'S REPORT - Mr. Gomeau

4. NEW APPLICATIONS

   A. PUBLIC WORKS - BRUCE CARDINELLI - SUPERANUATION — *eff 3/9/98* — APP.
   
   B. PUBLIC WORKS - RANDOLF BOND - DISABILITY IN THE LINE OF DUTY — *table to DRB*
   
   C. PUBLIC WORKS - AUGUSTO CORREIA - DISABILITY IN THE LINE OF DUTY — *eff 2/14/98* — APP
   
   — *Al Shandrowski; waive rules.*

5. OPEN DISCUSSION — *Schirillo:*

6. ADJOURNMENT

ANY INDIVIDUAL WITH A DISABILITY WHO NEED SPECIAL ASSISTANCE TO PARTICIPATE IN THE MEETING SHOULD CONTACT THE ADA COORDINATOR, PATTY ULATOWSKI AT 385-4022 (TDD) 5 DAYS BEFORE THE MEETING IF POSSIBLE.

Minutes – 3/4/98
~~MEETING NOTICE~~

# PENSION BOARD

DISTRIBUTION: Sandra Zalik, Chairman
Anthony Dragone
Patricia A. Kronenberg
William O. Cabral
Joseph R. Rainone
Debbie Rose
Susan Collier
Anthony J. Schirillo
Town Clerk (2)
Salvatore Recupido (BOE)
Michael Danko (Supervior-A)
Eileen Murphy (Insurance)
Council Clerk

Ed Hargus
Fred Dragone (Public Works)
Edward Biebel (Public Works)
Bonnie Vail (Town Hall/Finance)
Allen Hooker Jr. (Town Hall-A Tax Coll)
Thomas Murray (Fire)
Gene Vedock (Police)
Richard Buturla (Town Attorney)
Edward Gomeau (Finance Director)
Chris Testani/William Russell (First Union Bank)
Engineering, Water Pollution, Parks,
Highway, Sanitation Garage, Maintenance
Hurley, David (Public Works)

ABSENT: Charles Fardy (BOE-A), Paul Aurelia (Police-A), Kurt Ahlberg (Twon Attorney)

1. **CALL TO ORDER** 7:34 P.M. by Sandra Zalik, Chairman

2. **APPROVAL OF MINUTES** of scheduled meeting of 3/4/98
   Correction - Bonnie Vail absent from meeting on 3/4/98

3. **TREASURER'S REPORT** - Mr. Gomeau, distribution of pension fund breakdown handout given.

4. **OLD BUSINESS**

   A. Application of Augusto Correia - Disability in the line of duty (Public Works)
   B. Application of Randolf Bond - Disability in the line of duty (Public Works)
      Will be reviewed by Pension Board

5. **NEW APPLICATIONS**

   A. William Devalt - Superannuation (Fire Dept.) - eff. 4/3/98
   B. Robert Koger - Superannuation (Fire Dept.) - eff. 4/16/98
   C. Randolph Bond - Superannuation (W.P.C.A.) - eff. 4/3/98
   D. John Russ - New application - eff. 3/22/98

6. **OPEN DISCUSSION** special meeting requested for Treasurer's Report

7. **ADJOURNMENT** 7:52 P.M. - called by William Cabral, second by Anthony Schirillo

ANY INDIVIDUAL WITH A DISABILITY WHO NEEDS SPECIAL ASSISTANCE TO PARTICIPATE IN THE MEETING SHOULD CONTACT THE ADA COORDINATOR, PATTY ULATOWSKI AT 385-4022 (TDD) 5 DAYS BEFORE THE MEETING IF POSSIBLE.

Respectfully submitted:

Justine M. Gregg

**PENSION BOARD**
October 6, 1999

<u>*MEETING MINUTES*</u>

<u>DISTRIBUTION:</u>

Sandra Zalik, Chairman
Patricia Kronenberg
William Cabral
Joseph Rainone
Debbie Rose
Susan Collier
Anthony Schirillo
Town Clerk (2)
Salvatore Recupido (BOE)
Charles Fardy (BOE – A)
Michael Danko (Supervisor – Public Works)
Anthony Dragone (Supervisor – A)
Eileen Murphy (Insurance)
Council Clerk

Fred Dragone (Public Works)
Dave Hurley (Public Works – A)
Bonnie Vail (Town Hall)
Donna Vedock (Town Hall – A)
Thomas Murray (Fire)
Timothy Brennan (Fire – A)
Gene Vedock (Police)
Paul Aurelia (Police – A)
Kurt Ahlberg/Richard Buturla (Town Attorneys)
Edward Gomeau (Finance Director)
Chris Testani/William Russell (First Union Bank)
Engineering, Water Pollution, Parks
Highway, Sanitation Garage, Maintenance
Pat Naylor (Community Services)

The Pension Board conducted a regularly scheduled meeting on Wednesday, October 6, 1999 in Room 217 of Stratford Town Hall, pursuant to notice duly posted.

IN ATTENDANCE: Mrs. Sandra Zalik, Ms. Patricia Kronenberg, Mr. William Cabral, Mr. Joseph Rainone, Ms. Debbie Rose, Ms. Susan Collier, Mr. Salvatore Recupido, Mr. Anthony Dragone, Ms. Eileen Murphy, Mr. Dave Hurley, Ms. Bonnie Vail, Mr. Thomas Murray, Mr. Gene Vedock, Attorney Richard Buturla, Mr. Edward Gomeau and Ms. Christine Testani

ABSENT: Mr. Anthony Schirillo

<u>AGENDA</u>

I. CALL TO ORDER
Chairman Zalik called the meeting to order at 7:31pm.

II. APPROVAL OF MINUTES
Mr. Rainone made a motion, seconded by Mr. Recupido, to approve the minutes of the regular September 1, 1999 meeting. The motion passed unanimously.

III. TREASURER'S REPORT
Ms. Testani apologized for a recent problem regarding pension checks. She noted the problem has been resolved, and First Union is checking with the U.S. Post Office to determine how it occurred in the first place. Ms. Testani also stated the Town's pension fund was perfectly strong, despite the fact that September was a tough month.

Mr. Gomeau distributed and discussed his 10/6/1999 memo to Pension Board members, which listed the balances in the Town's pension fund as of 9/30/1999.

Mr. Rainone made a motion to pay EFI/KPMG Peat Marwick $18,169.26 for strategic consultancy services for the quarter ending 9/30/1999 (pro-rated). Ms. Kronenberg seconded the motion, which was approved unanimously.

Mr. Gomeau distributed another memo to Pension Board members, dated 10/6/1999, regarding Assistant Fire Chief John Cybart's request for a refund of pension contributions totaling approximately $4,1000.00. Mr. Cybart was charged 6% per payroll period for pension contributions, rather than 5%. Mr. Rainone questioned the legality of approving his request; Attorney Buturla stated it was perfectly legal to do so. Mr. Murray then made a motion, seconded by Mr. Dragone, to approve Assistant Chief Cybart's request. The motion carried unanimously.

IV  TABLED APPLICATIONS
  A. Richard Schirillo (Public Works) – Disability in the line of duty: No action was taken.
  B. Ronald Brenton (Supervisors) – Disability in the line of duty
     Mr. Rainone made a motion, seconded by Mr. Cabral, to take this off the table. The motion passed unanimously. Upon learning there was no new information to discuss, Mr. Cabral made a motion to put this back on the table. Ms. Rose seconded the motion, which was approved unanimously.
  C. Nadine Alusik (Board of Ed) – Disability not in the line of duty
     Mr. Rainone made a motion, seconded by Ms. Kronenberg, to take this item off the table. The motion carried unanimously. Mr. Rainone made a motion, seconded by Ms. Kronenberg, to strike this item from the agenda. The motion passed unanimously.
  D. John MacRae (Public Works) – Disability not in the line of duty
     Ms. Rose made a motion, seconded by Mr. Rainone, to take this off the table. The motion was approved unanimously. Mrs. Zalik noted the Disability Review Board recommends approving Mr. MacRae's disability retirement pension. Ms. Rose then made a motion, seconded by Mr. Rainone, to approve John MacRae's disability not in the line of duty pension. The motion carried unanimously.
  E. Jennie Goyette (Board of Ed) – Disability not in the line of duty: No action was taken.
  F. Mary Ann Bourdeau (Clerical – Town Hall) – Disability in the line of duty
     Ms. Rose made a motion, seconded by Ms. Kronenberg, to take this item off the table. The motion passed unanimously. Mr. Vedock made a motion, seconded by Ms. Vail, to approve Mary Ann Bourdeau's disability in the line of duty pension. The motion was approved unanimously.
  G. Philip Esposito (Public Works) – Disability in the line of duty: No action was taken.

V  NEW APPLICATIONS
Mr. Rainone made a motion to approve the following:
  A. Louis Tompkins (Public Works) – Superannuation effective 10/1/1999
  B. James Trovarelli Sr. (Public Works) – Superannuation effective 9/17/1999
  C. Barbara Carbone (Board of Education) – Superannuation effective 8/31/1999
  D. Patricia Newman (Board of Education) – Superannuation effective 7/1/1999
  E. Mary Ann Turro (Board of Education) – Superannuation effective 9/3/1999
Mr. Cabral seconded the motion, which carried unanimously.

Mr. Murray made a motion to waive the rules to add the following:
Roger Macey (Fire Department) – Superannuation effective 10/8/1999
Mr. Rainone seconded the motion, which passed unanimously. Mr. Murray then made a motion, seconded by Mr. Rainone, to approve Roger Macey's superannuation pension effective 10/8/1999. The motion was approved unanimously.

Mr. Recupido made a motion to waive the rules to add the following:
Ernest Recchie (Board of Ed) – Superannuation effective 7/30/1999
Mr. Rainone seconded the motion, which carried unanimously. Ms. Rose then made a motion, seconded by Mr. Recupido, to approve Ernest Recchia's superannuation pension effective 7/30/1999. The motion passed unanimously.

VI  INFORMATIONAL ITEM
Per Ms. Vail, Rita McManus (Town Hall) requested the date of her superannuation pension be changed from 10/29/1999 to 10/15/1999. Ms. Collier made a motion, seconded by Mr. Rainone, to approve the aforementioned change to 10/15/1999. The motion was approved unanimously.

VII  ADJOURNMENT
Mr. Rainone made a motion, seconded by Mr. Vedock, to adjourn at 7:54pm. The motion carried unanimously.

Respectfully submitted,

*Aileen Marsh*

Aileen Marsh
Secretary

PENSION BOARD

February 2, 2000

## MEETING MINUTES

| DISTRIBUTION: | |
|---|---|
| Sandra Zalik | Fred Dragone (Public Works) |
| Patricia Kronenberg | Dave Hurley (Public Works – A) |
| William Cabral | Bonnie Vail (Town Hall) |
| Christopher Silhavey | Donna Vedock (Town Hall –A) |
| Lewis Davis | Thomas Murray (Fire) |
| Susan Collier | Timothy Brennan (Fire – A) |
| Anthony Schirillo | Gene Vedock (Police) |
| Town Clerk (2) | Paul Aurelia (Police –A) |
| Salvatore Recupido (BOE) | Edward Gomeau (Finance Director) |
| Charles Fardy (BOE –A) | John Florek (Asst. Town Attorney) |
| Anthony Dragone (Supervisor) | Chris Testani/William Russell (First Union) |
| Eileen Murphy (Insurance) | Engineering, Water Pollution, Parks |
| Council Clerk (28) | Highway, Sanitation Garage |
| Pat Naylor (Community Services) | Maintenance |

The Pension Board conducted a regularly scheduled meeting on Wednesday, February 2, 2000 in Room 217 of Stratford Town Hall, pursuant to notice duly posted.

IN ATTENDANCE: Mrs. Sandra Zalik, Ms. Patricia Kronenberg, Mr. William Cabral, Mr. Christopher Silhavey, Mr. Anthony Schirillo, Mr. Salvatore Recupido, Mr. Anthony Dragone, Ms. Eileen Murphy, Mr. Dave Hurley, Ms. Bonnie Vail, Mr. Thomas Murray, Mr. Gene Vedock, Mr. Edward Gomeau, Atty. John Florek and Atty. Rich Florek

ABSENT: Mr. Lewis Davis and Ms. Susan Collier

### AGENDA

I     CALL TO ORDER
Chairman Sandra Zalik called the meeting to order at 7:35pm.

II     APPROVAL OF MINUTES
Mr. Silhavey made a motion to approve the minutes of the regular January 5, 2000 meeting. Mr. Recupido seconded the motion, which carried unanimously.

III     TREASURER'S REPORT
Mr. Gomeau distributed and discussed his 2/2/2000 memo to Pension Board members regarding the pension fund status as of 1/31/2000.

Ms. Kronenberg made a motion to pay First Union (Invoice #59579 for trustee fees for the period 10/1/1999 – 12/31/1999) an amount not to exceed $3,349.73. Mr. Schirillo seconded the motion, which passed unanimously.

IV. TABLED APPLICATIONS
   A. Richard Schirillo (Public Works) – Disability in the line of duty: No action taken
   B. Ronald Brenton (Supervisors) – Disability in the line of duty: No action taken
   C. Jennie Goyette (Board of Ed) – Disability not in the line of duty: No action taken
   D. Philip Esposito (Public Works) – Disability in the line of duty: + No action taken – see below
   E. Rayfield Bendolph (Public Works) – Disability in the line of duty: No action taken

   Mr. Murray noted that due to a clerical error, the following should be included:
   F. John R. Kershaw (Fire Department) – Disability in the line of duty

V. NEW APPLICATIONS
   A. Philip Esposito (Public Works) – Superannuation effective 2/4/2000 ++ (see below)
   B. Thomas Roberge (Fire Department) – Disability in the line of duty
   C. Richard Marus (Supervisors) – Superannuation effective 2/29/2000

   Mr. Murray made a motion to waive the rules. Mr. Schirillo seconded the motion, which was approved unanimously. Mr. Murray then made a motion to add the following:
   D. Brian T. Allen (Fire Department) – Disability in the line of duty
   Ms. Vail seconded the motion, which carried unanimously.

   Mr. Vedock made a motion to waive the rules. Ms. Vail seconded the motion, which passed unanimously. Mr. Vedock made a motion to add:
   E. Edward B. Gomeau – Superannuation effective 2/29/2000
   Ms. Vail seconded the motion, which was approved unanimously.

   Ms. Kronenberg then made a motion to approve Items A, C and E. Mr. Vedock seconded the motion, which carried unanimously.

   Ms. Vail made a motion to send Items B and D to the Disability Review Board. Ms. Kronenberg seconded the motion, which passed unanimously.

VI. INFORMATIONAL ITEMS
   A. Raymond Boychew ~ Vesting
      Mr. Hurley made a motion, seconded by Mr. Murray, to table this item. The motion was approved unanimously.
   B. William Robstock ~ Request to change pension (DLD) to superannuation.
      Mr. Dragone made a motion, seconded by Mr. Cabral, to strike this from the agenda. The motion passed unanimously.
   C. Sharon Gotch ~ Vesting
      Per Ms. Vail, Ms. Gotch is vesting her pension, to collect in 2012.

* Ms. Kronenberg then questioned the status of CASSY. Per Mr. Gomeau, Mr. Friend will meet on 2/15/2000 to meet with him and Mr. Barnhart.

+ Mr. Schirillo made a motion to take Item IV-D off the table. Mr. Vedock seconded the motion, which was approved unanimously. Upon discussion, Mr. Cabral made a motion to table this item. Ms. Kronenberg seconded the motion, which carried unanimously.

++ Mr. Schirillo then made a motion to reconsider Item V-A. Mr. Dragone seconded the motion, which passed unanimously. Mr. Dragone made a motion to add "without prejudice to his disability pension application" to the approval of his superannuation. Mr. Schirillo seconded

the motion, which was approved unanimously.

VII    ADJOURNMENT

Ms. Kronenberg made a motion, seconded by Mr. Cabral, to adjourn at 7:50pm. The motion carried unanimously.

Respectfully submitted,

*Aileen Marsh*

Aileen Marsh
Recording Secretary

**PENSION BOARD**

March 1, 2000

<u>**MEETING NOTICE**</u>

| DISTRIBUTION: | |
|---|---|
| Sandra Zalik | Fred Dragone (Public Works) |
| Patricia Kronenberg | Dave Hurley (Public Works – A) |
| William Cabral | Bonnie Vail (Town Hall) |
| Christopher Silhavey | Donna Vedock (Town Hall –A) |
| Lewis Davis | Thomas Murray (Fire) |
| Susan Collier | Timothy Brennan (Fire – A) |
| Anthony Schirillo | Gene Vedock (Police) |
| Town Clerk (2) | Paul Aurelia (Police –A) |
| Salvatore Recupido (BOE) | Edward Gomeau (Finance Director) |
| Charles Fardy (BOE –A) | John Florek (Asst. Town Attorney) |
| Anthony Dragone (Supervisor) | Chris Testani/William Russell (First Union) |
| Eileen Murphy (Insurance) | Engineering, Water Pollution, Parks |
| Council Clerk (28) | Highway, Sanitation Garage |
| Pat Naylor (Community Services) | Maintenance |

Pursuant to the direction of Chairman Sandra Zalik, the Pension Board will conduct a regularly scheduled meeting on Wednesday, March 1, 2000 in Room 217 of Stratford Town Hall, 2725 Main Street, Stratford, CT at 7:30pm.

AGENDA

I   CALL TO ORDER

II   APPROVAL OF MINUTES ~ regular February 2, 2000

III   TREASURER'S REPORT

IV   TABLED APPLICATIONS
   A. Richard Schirillo (Public Works) – Disability in the line of duty
   B. Ronald Brenton (Supervisors) – Disability in the line of duty
   C. Jennie Goyette (Board of Ed) – Disability not in the line of duty
   D. Philip Esposito (Public Works) – Disability in the line of duty
   E. Rayfield Bendolph (Public Works) – Disability in the line of duty
   F. John R. Kershaw (Fire Department) – Disability in the line of duty
   G. Thomas Roberge (Fire Department) – Disability in the line of duty
   H. Brian Allen (Fire Department) – Disability in the line of duty

V   NEW APPLICATIONS
   None this month

VI   INFORMATIONAL ITEMS
   A. Raymond Boychew ~ Vesting


Any individual with a disability who needs special assistance to participate in the meeting should contact the ADA Coordinator, Patty Ulatowski at 385-4020 or 385-4022 (TDD) five days before the meting if possible.