# Exhibit 19

TOWN OF STRATFORD

APPLICATION FOR RETIREMENT
PENSION FUND


RECEIVED JAN 2 3 1998 INSURANCE DEPT

Name of Employee  RANdolPH BONd

Date of Request  1-23-98     Requested Effective  3/6/98
                              date of retirement

Date of birth  11-10-40   Date employed by Town  7-1-73 — 7-___

Number of years service  24.5

Reason for retirement  Heart and Hypertension

_____

                              Randolph Bond
                              Signature of Employee

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Action taken by Pension Board  _____

Date of Action  _____

                              _____
                              Chairman, Pension Board