Exhibit 20

TOWN OF STRATFORD



APPLICATION FOR RETIREMENT
PENSION FUND

Name of Employee _Augusto Correia_

Date of Request _1-9-98_    Requested Effective _3-9-98_
date of retirement

Date of birth _5-13-36_    Date employed by Town _12-18-1972_

Number of years service _25_

Reason for retirement _____

_Work Related disability_

_____

_Augusto Correia_
Signature of Employee

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Action taken by Pension Board _____

_____

_____

Date of Action _____

_____
Chairman, Pension Board