Exhibit 21

TOWN OF STRATFORD

APPLICATION FOR RETIREMENT
PENSION FUND

Name of Employee __Richard D. Schirillo__

Date of Request __2/19/99__    Requested Effective __2/22/99__
                                date of retirement

Date of birth __1/26/46__    Date employed by Town __10/25/66__

Number of years service __34__

Reason for retirement __Regular superannuation without prejudice to pending disability pension application__

_____
Signature of Employee

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Action taken by Pension Board _____

Date of Action _____

_____
Chairman, Pension Board