# Exhibit 22

TOWN OF STRATFORD

APPLICATION FOR RETIREMENT
PENSION FUND

Name of Employee __Ronald Brenton__

Date of Request __5/11/99__   Requested Effective __6/14/99__
                              date of retirement

Date of birth __6/1/40__   Date employed by Town __1/20/72__

Number of years service __27 years__

Reason for retirement __A work related heart & hypertension disability.__
__Pursuant to Article 10.2 of the collective bargaining agreement.__

_[signature: Ronald Brenton]_
Signature of Employee

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Action taken by Pension Board _____

Date of Action _____

_____
Chairman, Pension Board