# Exhibit 23

43

WC FILE # _____

COMPENSATION DISTRICT _____4th_____

STATE OF CONNECTICUT
WORKERS COMPENSATION COMMISSION

## NOTICE TO COMPENSATION COMMISSIONER AND EMPLOYEE
## OF INTENTION TO CONTEST LIABILITY TO PAY COMPENSATION
(Type or Print in Ink)

Employee Information

| | |
|---|---|
| EMPLOYEE: | Ronald Brenton |
| SOC. SEC. # | 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 |
| ADDRESS | 95 Norman Circle |
| Stratford | CT    06497 |
| TOWN | STATE    ZIP |
| TEL.# | (203) 377-6609 |

Injury Information

| | |
|---|---|
| DATE OF INJURY: | 11/02/98 (alleged) |
| TOWN OF INJURY: | Stratford |
| PART OF BODY: | heart |
| NATURE OF INJURY: | irregular heart beat |
| CAUSE OF INJURY: | unknown |
| OCCUPATIONAL ILLNESS OR REPETITIVE TRAUMA? | |

Employer Information

| | |
|---|---|
| EMPLOYER: | Town of Stratford |
| ADDRESS: | 2725 Main Street |
| Stratford | CT    06525 |
| TOWN | STATE    ZIP |
| TEL.# | (203) 385-4008 |

Insurance Carrier Information

| | |
|---|---|
| CLAIM #: | 138-9807935 |
| NAME OF INS. CO: | Self-Insured c/o CIRMA |
| ADDRESS: | P.O. Box 9558 |
| New Haven | CT    06535 |
| TOWN | STATE    ZIP |
| CONTACT PERSON: | Madelene Tassmer |
| TEL NO: | (203) 946-3700 |

**You are hereby notified that the undersigned employer will contest liability to compensation on the employee named below on the following grounds, to wit:**
Respondents deny claimed heart condition as arising out of or during the course and scope of employment with the Town of Stratford on 11/2/98 or at any other time. The alleged to condition is personal in nature and of unknown etiology. No medical documentation to substantiate exclusivity of alleged condition to employment. Both medical bills and treatment are deferred to appropriate group insurance carrier.

> Explanation: In accordance with the terms of the law, three copies of this notice are to be made. One is to be filed with the Commissioner, a second is to be served on the Employee, and a third is to be served on the Provider. The copies shall be served either by personal presentation or by registered or certified mail.

Rev. 5/4/98