Exhibit 24

*Cardiovascular Associates, P. C.*
WALLACE B. LEBOWITZ, M. D.

2660 MAIN STREET
BRIDGEPORT, CONNECTICUT 06606

TELEPHONE 334-1755

2068 BRIDGEPORT AVENUE
MILFORD, CONNECTICUT 06460

TELEPHONE 874-1799



December 17, 1999

Ms. Eileen Murphy
Insurance Coordinator
Town of Stratford
2725 Main St.
Stratford, Ct. 06615

Re: <u>Ronald Brenton vs. Town of Stratford</u>

Dear Ms. Murphy:

On December 6, 1999 Mr. Ronald Brenton of 95 Norman Circle, Stratford, Connecticut, underwent complete cardiovascular evaluation in this office. The available medical records were reviewed at that time and in addition an Exercise Tolerance Test and complete M mode 2 Dimensional and Conventional and Color flow Doppler Echocardiography were performed.

This 59 year old Superintendent of the Town of Stratford's Water Pollution Control Plant first sought attention for skipping of his heart beat in 1992. At that time the skips were infrequent occurring every "14 beats". The skips were associated with no other cardiovascular symptoms.

Over the years he continued to have skips but they remained infrequent and were not distracting. However over the past year or two they have become more frequent. He apparently takes his pulse frequently and during more recent times had noted his skips occurring every 7 beats. In the past 6 months however they have been even more frequent occurring every 3-4 beats.

During the past 8-10 months he has had chest discomfort which he described as a tightness, an aching or a pressure sensation. At times the discomfort is also noticed in his neck or left arm. Since his chest discomfort started he has had "every type of test", including Stress Testing, a Holter recording, Echocardiography and Helical Computerized Tomography of his chest. All of these studies have been negative.

With his chest discomfort at times he would get "instant shortness of breath". He would then take a few deep breaths and feel better.

Because of the continuing chest discomfort and the negative cardiac testing, he underwent gastroenterology testing. Although an upper GI series was negative the possibility of esophageal spasm was questioned and he was treated for this. He is not certain that the treatment(Prilosec) has helped.

Page Two
Ronald Brenton vs. Town of Stratford


Mr. Brenton has been employed by the Town of Stratford since December 1972. From 1972 to 1981 he was an Assistant Supervisor of the sewage treatment plants and since 1981 he has been Supervisor. Although his work is not physically stressful he did state that there was a lot of stress and tension on the job and that for the past year the stress of his job had aggravated his symptoms.

For several years he had palpitations without chest discomfort and had had no discomfort independent of the palpitations. However during the past 6 months his palpitations seemed worse when he has his chest aching or pressure sensations.

Despite the lack of a definite cardiac diagnosis, the patient takes several cardiac medications. Originally he was on Norvasc, a calcium channel blocker and Nadolol, a beta blocker. Very recently he was started on Digoxin and has been scheduled for a repeat Holter monitor.

His background history is significant in that he has hypercholesterolemia, for which he takes Lipitor and was a heavy smoker (2 packs per day) in the past. He also has a family history of coronary artery disease (father).

Mr. Brenton has not worked since June of 1999 because of his complaints of chest discomfort, even though his chest discomfort has not been proven to be cardiac in origin. Despite not working he continues to have both chest discomfort and palpitations but less than he had while working.

My examination revealed a well-developed, well-nourished middle-aged white male with height 5'7" and weight 171 1/2 pounds. His blood pressure was 140/80, his pulse 50 and his respirations were 16 per minute. His color was normal. The thyroid was not enlarged and there were no bruits in the neck. The lungs were clear. The heart was not enlarged. The rhythm was regular but occasional premature ventricular contractions were heard. There were no murmurs, gallops or clicks. The abdomen and extremities were soft. Neurologic evaluation was unremarkable as was the remainder of the physical examination.

Resting 12 lead electrocardiogram revealed sinus bradycardia with occasional premature ventricular contractions. A Q wave was present in lead 3 of questionable significance. Remainder of the electrocardiogram was within normal limits.

Cardiac series of x-rays revealed the heart to be normal in size. There was no evidence of congestive heart failure or active lung disease.

His Exercise Tolerance Test was performed according to the standard Bruce protocol. He completed 11 minutes and nine seconds of exercise (12.4 METS) and attained a peak heart rate of 162 beats per minute (his predicted maximum). The test was stopped at this level because of fatigue. No chest discomfort was experienced. No ST of T wave changes of ischemia were observed. This is a negative Exercise Tolerance Test.

Complete M mode 2 Dimensional and Color flow Dopper Echocardiography, with 2 Dimensional images taken before and after exercise revealed the left ventricle to be normal in size and systolic function. There was no evidence of segmental wall motion abnormality either at rest or after exercise. In particular there was no evidence of inferior wall abnormality. All segments increased in contractility uniformly with exercise. His resting Ejection Fraction was normal at 65 %. His cardiac valves, the left atrium and right heart structures all appeared normal. Doppler interrogation revealed trace to mild aortic mitral and tricuspid regurgitation.

My diagnosis were: 1. Benign premature ventricular contractions.
2. Non-cardiac chest discomfort.

Comment: In your recent letter to me you posed several questions. I will attempt to answer each one individually.

**1. Are you able to establish a diagnosis and if so what is it?**

Please see impression above. I was unable to find any clinical or laboratory evidence to indicate that Mr. Brenton has true cardiac disease. Although he has well recognized premature ventricular contractions, a common finding in many normal people, he has no evidence of underlying structural or functional heart disease and hence his premature ventricular contractions are considered benign.

In addition he has had repeated cardiac diagnostic studies to determine whether his chest discomfort was cardiac in origin. All of these tests have been negative. During the current examination both an Exercise Tolerance Test and Echocardiography before and after his Stress Test were negative. It is my considered opinion, therefore, with all reasonable medical certainty, that Mr. Brenton's chest pain is not cardiac in origin.

Lastly Mr. Brenton has felt his symptoms were aggravated by stress on the job. He also has had symptoms of shortness of breath, relieved by deep breathing and did seem to hyperventilate slightly during the examination. There is a possibility that Mr. Brenton suffers from anxiety or stress related problems and that such anxiety and stress aggravate his symptomotology.

**2. Is Mr. Brenton currently totally disabled from carrying out the duties of his position as Water Pollution Control Superintendent?**

There is no clinical or laboratory evidence that Mr. Brenton has any cardiac functional disability. He is certainly distracted by his symptoms of palpitations and is disturbed by his chest discomfort, both of which he feels are symptomatically worse while he is at work. I am not qualified to assess his emotional reaction to his work environment but this might be looked into to see if he has some stress related disability.

Page Four
Ronald Brenton vs. Town of Stratford

Although Mr. Brenton has not worked since June 1999, his symptoms of palpitations and chest discomfort persist, although they are less frequent. It is quite obvious, therefore, to so called "stress" at work contributes to only a portion of his symptomatology.

In any event, I find nothing in my evaluation of Mr. Brenton to suggest that he is totally disabled from carrying out the duties of his position as Water Pollution Control Superintendent.

3. If he is not presently totally disabled do you feel he is capable of working in a light duty capacity? If so please advise the nature or duration of any restriction(s).

If Mr. Brenton's symptoms are contributed to by stress, it would follow that with proper evaluation and treatment of same he should be able to return to his previous work environment. It is curious to note that although he is on several medications, he has not been given any therapy to lessen his tension or anxiety at work.

I found nothing in my evaluation of Mr. Brenton to indicate that he is either totally or partially disabled from his palpitations or chest discomfort. In fact in discussing his job activities, Mr. Brenton stated that he would prefer to return to work full-time at his ususal duties if he could be made more comfortable.

4. If he is currently totally disabled is this status permanent?

Please see above responses to questions 2 & 3. In summary, it is my considered opinion, with all reasonable medical certainty, that Mr. Brenton is not totally disabled from his skips or chest discomfort.

If there is anything further I can tell you of my evaluation of Mr. Brenton or my review of his medical records please do not hesitate to contact me.

Very Truly Yours

Wallace B. Lebowitz, M.D.