UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAR 14  P 12: 21

| | |
|---|---|
| RICHARD SCHIRILLO, AUGUSTO CORREIA, RANDOLPH BOND, and RONALD BRENTON<br>           Plaintiffs,<br><br>Vs.<br><br>TOWN OF STRATFORD, and in their individual and official capacities EILEEN MURPHY, MICHAEL FEENEY, DORINDA BORER, MARK BARNHART, JACK OBERNESSOR, MICHAEL SINGH, and SANDRA ZALIK<br>           Defendants. | CIVIL ACTION NO. 3:03CV674(WWE)<br><br><br><br><br><br><br><br><br>November 12, 2004 |

### STIPULATION OF DISMISSAL

WHEREAS, the PLAINTIFFS RICHARD SCHIRILLO, AUGUSTO CORREIA, RANDOLF BOND, and RONALD BRETON brought this action to recover the same benefits mandated for Municipal Fire and Police personnel under C.G.S. § 7-433c and seek redress pursuant to Title 42 U.S.C. § 1983 and the Due Process Clauses of the Fourteenth Amendment of the United States Constitution; article first § 1 and article first § 10 of the constitution of Connecticut; and assert state common law claims of tortuous interference with contract, breach of contract and breach of implied covenant of good faith and fair dealing; and

WHEREAS, the estate of the deceased PLAINTIFF RANDOLF BOND seeks to voluntarily dismiss with prejudice all causes of action asserted in this action by him against ALL DEFENDANTS pursuant to Fed. R. Civ. P. 41(a)(1)(ii);

NOV 16 2004

WHEREAS, the DEFENDANTS consent to the dismissal of all causes of action asserted by the PLAINTIFF RANDOLPH BOND in this action asserted against them;

WHEREAS, the PLAINTIFFS RICHARD SCHIRILLO, AUGUSTO CORREIA, and RONALD BRETON seek to voluntarily dismiss with prejudice all causes of actions asserted in this action by them against DEFENDANTS SANDRA ZALIK and MICHAEL SINGH pursuant to Fed. R. Civ. P. 41(a)(1)(ii); and

WHEREAS, the DEFENDANTS consent to the dismissal of all causes of action asserted by the PLAINTIFFS RICHARD SCHIRILLO, AUGUSTO CORREIA, and RONALD BRETON against DEFENDANTS SANDRA ZALIK and MICHAEL SINGH.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT,

1. That all parties to this action agree to the dismissal with prejudice of all causes of action asserted by the PLAINTIFF RANDOLPH BOND in this action against the DEFENDANTS;

2. That all parties to this action agree to the dismissal with prejudice of all causes of action asserted by PLAINTIFFS RICHARD SCHIRILLO, AUGUSTO CORREIA, and RONALD BRETON in this action against DEFENDANTS SANDRA ZALIK AND MICHAEL SINGH; and

3. That all parties to this action agree to bear their own costs and expenses in connection with the dismissals agreed to herein.

FOR THE PLAINTIFFS:

RICHARD SCHIRILLO
AUGUSTO CORREIA
RANDOLPH BOND
RONALD BRENTON

DATED: 3/8/05

BY: _____
James T. Baldwin, ct 08535
COLES, BALDWIN & CRAFT, LLC
1261 Post Road
PO Box 1261
Fairfield, CT 06824
Tel. (203) 319-0800
Fax (203) 319-1210


FOR DEFENDANTS:

MICHAEL SINGH
SANDRA ZALIK

Dated: 11/12/04

By: _____
Arthur C. Laske, III, ct 03773
Law Offices of Arthur C. Laske, III
1261 Post Road
Fairfield, CT 06824
Tel. (203) 254-1770
Fax (203) 256-9442


FOR DEFENDANTS:

TOWN OF STRATFORD
EILEEN MURPHY
MICHAEL FEENEY
DORINDA BORER
MARK BARNHART
JACK OBERNESSER

Dated: 2/14/05

By: _____
Richard J. Buturla, ct 05967
BERCHEM, MOSES & DEVLIN, PC
75 Broad Street
Milford, CT 06460
Tel. (203) 783-1200