```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

RICHARD SCHIRILLO, AUGUSTO      :
CORREIA, and RONALD BRENTON,    :    No. 3-03-cv-674(WWE)
                                :
        Plaintiff,              :
                                :
v.                              :
                                :
TOWN OF STRATFORD, MICHAEL      :
FEENEY, EILEEN MURPHY, DORINDA  :
BORER, MARK BARNHART, AND       :
JACK OBERNESSOR                 :
                                :
        Defendants.             :
```

ORDER

Defendants have moved for summary judgment on plaintiffs' complaint on plaintiffs' procedural due process claims. Upon review of the papers, the Court finds that plaintiffs' allegations may be construed to assert substantive due process violations pursuant to section 1983.

Accordingly, the defendants are instructed to ascertain whether plaintiffs intend to pursue substantive due process claims in addition to the procedural due process claims already moved upon by the defendants' motion for summary judgment.

If so, the defendants are instructed to file a supplemental brief moving for summary judgment on any substantive due process claims. This supplemental brief is due within 21 days of this order's filing date.

So Ordered this 23rd day of April, 2005.


            _____/s/_____

            WARREN W. EGINTON, SENIOR UNITED STATES DISTRICT JUDGE