UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RICHARD SCHIRILLO,
AUGUSTO CORREIA,
RANDOLPH BOND and
RONALD BRENTON

      v.                                3:03cv674 WWE

TOWN OF STRATFORD,
EILEEN MURPHY, MICHAEL FEENEY,
DORINDA BORER, MARK BARNHART,
JACK OBERNESSOR, MICHAEL SINGH
and SANDRA ZALIK

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on September 12, 2005, entered a Ruling granting defendants' motion for summary judgment. On March 16, 2005, the plaintiff Randolph Bond was dismissed by stipulation.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 15th day of September, 2005.

                                        KEVIN F. ROWE, Clerk

                                      By       /s/ Chrystine W. Cody
                                                   Deputy-in-Charge

Entered on Docket _____