FORM 1

FILED

2005 OCT 11 P 12: 20

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD SCHIRILLO,
AUGUSTO CORREIA and
RONALD BRENTON

V.                                                              3:303CV674 WWE

TOWN OF STRATFORD,
EILEEN MURPHY, MICHAEL FEENY,
DORINDA BORER, MARK BARNHART,
JACK OBERNESSOR, MICHAEL SINGH
and SANDRA ZALIK

### NOTICE OF APPEAL

1. Pursuant to F.R.A.P.4(a)(1), <u>Schirillo ETAL.</u> hereby gives notice and appeals to the United States District Court of Appeals for the Second Circuit from the following Judgment Order (describe the Judgment Order):

<u>The Court entered a Ruling granting defendants' motion for summary judgment.</u>

2. The Judgment/Order in this action was entered on <u>September 15, 2005.</u>

Signature
James T. Baldwin

Print Name
<u>1261 Post Road</u>

<u>Fairfield, CT 06824</u>
Address

<u>October 11, 2005</u>                                   <u>203-319-0800</u>
Date                                                          Phone

Note: you may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. Court within 30- days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the of the United States is a party).

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2005 SEP 15  A 11: 03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

RICHARD SCHIRILLO,
AUGUSTO CORREIA,
RANDOLPH BOND and
RONALD BRENTON

v.                                          3:03cv674 WWE

TOWN OF STRATFORD,
EILEEN MURPHY, MICHAEL FEENEY,
DORINDA BORER, MARK BARNHART,
JACK OBERNESSOR, MICHAEL SINGH
and SANDRA ZALIK

## JUDGMENT

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on September 12, 2005, entered a Ruling granting defendants' motion for summary judgment. On March 16, 2005, the plaintiff Randolph Bond was dismissed by stipulation.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 15th day of September, 2005.

KEVIN F. ROWE, Clerk

By _____
Deputy-in-Charge

Entered on Docket 9/15/05