**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

*MANDATE*

*FILED DEC 23 2005 — Roseann B. MacKechnie, Clerk, SECOND CIRCUIT*

Date:                 12/23/05
Docket Number:        05-5468-cv
Short Title:          Schirillo v. Stratford
DC Docket Number:     03-cv-674
DC:                   DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:             Honorable Warren Eginton

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 23rd day of December, two thousand five.

Richard Schirillo, Augusto Correia and Ronald Brenton,

   Plaintiffs-Appellants,

v

Town of Stratford, Eileen Murphy, I/O, Michael Feeney, I/O, Dorinda Borer, I/O, Mark Barnhart, I/O, and Jack Obernessor, I/O,

   Defendants-Appellees,

The *Civil Appeals Management Plan* of this court directs that within the (10) days after filing a Notice of Appeal, the appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and that in the event of default of any of these requirements the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof it is **ORDERED** that the appeal from the order of 9/15/05 United States Court for the District of Connecticut be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

CERTIFIED:

12/23/05

A TRUE COPY
Roseann B. MacKechnie, CLERK
DEPUTY CLERK

For the Court,
Roseann B. MacKechnie, Clerk

By: Julius D. Crockwell
Deputy Clerk